IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHARMAINE LEWIS,<br>            Plaintiff,<br><br>       v.<br><br>NATIONAL BOARD OF OSTEOPATHIC<br>MEDICAL EXAMINERS, INC.,<br>            Defendant. | CIVIL ACTION<br><br><br><br>NO. 20-4368 |

**O R D E R**

**AND NOW**, this 10th day of December, 2020, upon consideration of Defendant NBOME's Motion to Transfer per § 1404(a) and Forum Selection Clause (Document No. 9, filed October 16, 2020), Plaintiff's Memorandum of Law in Opposition to Defendant's Motion to Transfer (Document No. 15, filed November 20, 2020) and Defendant's Reply in Further Support of its Motion to Transfer (Document No. 16, filed December 4, 2020), for the reasons stated in the accompanying Memorandum dated December 10, 2020, **IT IS ORDERED** that Defendant NBOME's Motion to Transfer per § 1404(a) and Forum Selection Clause is **GRANTED**.  This case is **TRANSFERRED** to the United States District Court for the Southern District of Indiana pursuant to 28 U.S.C. § 1404(a).

**IT IS FURTHER ORDERED** that the Clerk of the United States District Court for the Eastern District of Pennsylvania shall provide the complete file in this case to the United States District Court for the Southern District of Indiana.

**IT IS FURTHER ORDERED** that the Clerk of Court shall **MARK** this case **CLOSED.**

BY THE COURT:
/s/ Hon. Jan E. DuBois

_____
          DuBOIS, JAN E., J.