CLOSED,STANDARD

# United States District Court
# Eastern District of Pennsylvania (Philadelphia)
# CIVIL DOCKET FOR CASE #: 2:20−cv−04368−JD

| | |
|---|---|
| LEWIS v. NATIONAL BOARD OF OSTEOPATHIC MEDICAL EXAMINERS, INC. | Date Filed: 09/04/2020 |
| Assigned to: HONORABLE JAN E. DUBOIS | Date Terminated: 12/10/2020 |
| Cause: 28:1331 Federal Question: Other Civil Rights | Jury Demand: None |
| | Nature of Suit: 446 Civil Rights: Americans with Disabilities – Other |
| | Jurisdiction: Federal Question |

**Plaintiff**

**SHARMAINE LEWIS**  represented by  **MARY C. VARGAS**
STEIN & VARGAS LLP
10 G STREET NE SUITE 600
WASHINGTON, DC 20002
240−793−3185
Email: Mary.Vargas@steinvargas.com
*ATTORNEY TO BE NOTICED*

**CHARLES WEINER**
LAW OFFICE OF CHARLES WEINER
CAMBRIA CORPORATE CENTER
501 CAMBRIA AVE
BENSALEM, PA 19020
267−685−6311
Fax: 215−604−1507
Email: charles@charlesweinerlaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**NATIONAL BOARD OF OSTEOPATHIC MEDICAL EXAMINERS, INC.**  represented by  **LEE C. DURIVAGE**
MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN
2000 MARKET STREET
SUITE 2300
PHILADELPHIA, PA 19103
215−575−2584
Email: lcdurivage@mdwcg.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**SYDNEY L. STEELE**
KROGER GARDIS & REGAS LLP]
111 MONUMENT CIRCLE #900
INDIANAPOLIS, IN 46204−5125
317−692−9000
Email: ssteele@kgrlaw.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/04/2020 | Ï 1 | COMPLAINT against NATIONAL BOARD OF OSTEOPATHIC MEDICAL EXAMINERS, INC. ( Filing fee $ 400 receipt number 0313–14545592.), filed by SHARMAINE LEWIS. (Attachments: # 1 Civil Cover Sheet, # 2 Designation Form, # 3 Case Management Track Form)(WEINER, CHARLES) (Entered: 09/04/2020) |
| 09/09/2020 | Ï | Summons Issued as to NATIONAL BOARD OF OSTEOPATHIC MEDICAL EXAMINERS, INC.. E–MAILED To: COUNSEL on 9/9/2020 (bw, ) (Entered: 09/09/2020) |
| 09/09/2020 | Ï 2 | ORDER THAT THE UNITED STATES MAGISTRATE JUDGE ASSIGNED TTO THE ABOVE–CAPTIONED CASE IS THE HONORABLE RICHARD A. LLORET. SIGNED BY CLERK OF COURT KATE BARKMAN, CLERK OF COURT ON 9/9/20. 9/10/20 ENTERED AND COPIES E–MAILED.(amas, ) (Entered: 09/10/2020) |
| 09/11/2020 | Ï 3 | NOTICE of Appearance by MARY C. VARGAS on behalf of SHARMAINE LEWIS (VARGAS, MARY) (Entered: 09/11/2020) |
| 09/15/2020 | Ï 4 | AFFIDAVIT of Service by Richard Scollon, Jr. re: served Summons and Complaint upon R.A. Maxwell, Operations Coordinator by personal service on 9–10–2020 (WEINER, CHARLES) (Entered: 09/15/2020) |
| 09/22/2020 | Ï 5 | STIPULATION *for Extension of Time* by NATIONAL BOARD OF OSTEOPATHIC MEDICAL EXAMINERS, INC.. (DURIVAGE, LEE) Modified on 10/26/2020 (lvj, ). (FILED IN ERROR BY ATTORNEY; FORWARD TO JUDGE FOR APPROVAL) (Entered: 09/22/2020) |
| 09/23/2020 | Ï 6 | STIPULATION AND ORDER THAT DEFENDANT NATIONAL BOARD OF OSTEOPATHIC MEDICAL EXAMINERS, INC. IS GRANTED AN EXTENSION OF TIME, UNTIL 10/20/2020, TO RESPOND TO THE COMPLAINT. SIGNED BY HONORABLE JAN E. DUBOIS ON 9/23/20. 9/23/20 ENTERED AND COPIES E–MAILED.(amas, ) (Entered: 09/23/2020) |
| 09/23/2020 | Ï 7 | MOTION for Pro Hac Vice *of Sydney L. Steele* ( Filing fee $ 40 receipt number 0313–14586746.) filed by NATIONAL BOARD OF OSTEOPATHIC MEDICAL EXAMINERS, INC..Certificate of Service.(DURIVAGE, LEE) (Entered: 09/23/2020) |
| 09/24/2020 | Ï 8 | ORDER THAT THE MOTION FOR PRO HAC VICE ADMISSION OF SYDNEY L. STEELE, ESQUIRE (DOC. NO. 7 ) IS GRANTED. SIGNED BY HONORABLE JAN E. DUBOIS ON 9/24/20.9/24/20 ENTERED AND COPIES E–MAILED.(amas, ) (Entered: 09/24/2020) |
| 10/16/2020 | Ï 9 | MOTION to Transfer *Per 28 U.S.C. 1404(a) and Forum Selection Clause* filed by NATIONAL BOARD OF OSTEOPATHIC MEDICAL EXAMINERS, INC..Memorandum, Declaration. (Attachments: # 1 Memorandum NBOME's Memorandum in Supporot of Motion to Transfer, # 2 Declaration Declaration of Joseph Flamini, # 3 Text of Proposed Order Proposed Order Granting Motion to Transfer)(STEELE, SYDNEY) (Entered: 10/16/2020) |
| 10/19/2020 | Ï 10 | ANSWER to Complaint *with Additional/Affirmative Defenses* by NATIONAL BOARD OF OSTEOPATHIC MEDICAL EXAMINERS, INC..(STEELE, SYDNEY) (Entered: 10/19/2020) |
| 10/21/2020 | Ï 11 | ORDER THAT THE REQUEST IS GRANTED AND PLAINTIFF SHALL FILE AND SERVE HER RESPONSE TO DEFENDANT NBOME'S MOTION TO TRANSFER AND FORUM SELECTION CLAUSE ON OR BEFORE 11/16/20. SIGNED BY HONORABLE JAN E. DUBOIS ON 10/21/20. 10/21/20 ENTERED AND COPIES E–MAILED.(amas, ) (Entered: 10/21/2020) |
| 10/21/2020 | Ï 12 | LETTER TO JUDGE DUBOIS; FROM CHARLES WEINER; DATED 10/20/20 (amas, ) (Entered: 10/21/2020) |

| | | |
|---|---|---|
| 11/03/2020 | 13 | ORDER THAT PLAINTIFF'S REQUEST IS GRANTED AND PLAINTIFF SHALL FILE AND SERVE HER RESPONSE TO DEFENDANT NBOME'S MOTION TO TRANSFER AND FORUM SELECTION CLAUSE ON ORBEFORE 11/20/20. SIGNED BY HONORABLE JAN E. DUBOIS ON 11/3/20. 11/3/20 ENTERED AND COPIES E−MAILED.(amas, ) (Entered: 11/03/2020) |
| 11/03/2020 | 14 | LETTER TO JUDGE DUBOIS; FROM CHARLES WEINER; DATED 11/2/20 (amas, ) (Entered: 11/03/2020) |
| 11/20/2020 | 15 | RESPONSE in Opposition re 9 MOTION to Transfer *Per 28 U.S.C. 1404(a) and Forum Selection Clause* filed by SHARMAINE LEWIS. (Attachments: # 1 Text of Proposed Order, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8)(WEINER, CHARLES) (Entered: 11/20/2020) |
| 12/04/2020 | 16 | REPLY to Response to Motion re 9 MOTION to Transfer *Per 28 U.S.C. 1404(a) and Forum Selection Clause* filed by NATIONAL BOARD OF OSTEOPATHIC MEDICAL EXAMINERS, INC.. (Attachments: # 1 Declaration Supplemental Declaration of Joseph Flamini, # 2 Exhibit C – NBOME, # 3 Exhibit D – Request for Test Accommodations Application, # 4 Exhibit E pt 1 Bulletin of Information, # 5 Exhibit E pt 2 Bulletin of Information, # 6 Exhibit F – Memorandum and Order)(STEELE, SYDNEY) (Entered: 12/04/2020) |
| 12/10/2020 | 17 | MEMORANDUM. SIGNED BY HONORABLE JAN E. DUBOIS ON 12/10/20. 12/10/20 ENTERED AND COPIES E−MAILED.(amas, ) (Entered: 12/10/2020) |
| 12/10/2020 | 18 | MEMORANDUM ORDER THAT DEFENDANT NBOME'S MOTION TO TRANSFER AND FORUM SELECTION CLAUSE IS GRANTED. THIS CASE IS TRANSFERRED TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF INDIANA. THE CLERK OF COURT SHALL MARK THIS CASE CLOSED. SIGNED BY HONORABLE JAN E. DUBOIS ON 12/10/20. 12/10/20 ENTERED AND COPIES E−MAILED.(amas, ) (Entered: 12/10/2020) |