UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SHARMAINE LEWIS, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>NATIONAL BOARD OF OSTEOPATHIC, )<br>MEDICAL EXAMINERS, INC., )<br>)<br>Defendant. ) | Cause No. 21-cv-00181 |

## DEFENDANT'S PRELIMINARY WITNESS AND EXHIBIT LISTS

Defendant, National Board of Osteopathic Medical Examiners, Inc., pursuant to the Case Management Order, files and serves Defendant's preliminary witness and exhibits lists.

Preliminary Witness List

Joseph Flamini – c/o of NBOME counsel
    NBOME Vice President, Administration and Chief Operating Officer

Todd Mendelsohn, PhD, c/o of NBOME counsel
    NBOME Manager, Test Accommodations

Rachel Maxwell, c/o of NBOME counsel
    NBOME Administrative Assistant

Jed Magen, DO, c/o of NBOME counsel
    Chair, NBOME Test Accommodation Committee

James Andriole, DO, c/o of NBOME counsel
    Member, NBOME Test Accommodations Committee

Joseph Bernier, PhD, 5 Pine West Plaza, Suite 508, Albany, NY 12205
    Consultant to NBOME, Psychologist with expertise in learning disorders and ADHD.

Casey McGrath, c/o of NBOME counsel
    Relationship Manager, NBOME

Margaret Wong, c/o of NBOME counsel
    Senior Director for Client Services, NBOME

Jeanne Sandella, DO, c/o of NBOME counsel
    Asso. VP for Research and Communications, NBOME

Shelby Keiser, Shelby Keiser, 325 Penn Road, Wynnewood Pa, c/o NBOME counsel
 President, Keiser Consulting LLC

Douglas Murray, c/o NBOME counsel
 NBOME General Counsel

<u>Preliminary Exhibit List</u>

1. *Plaintiff's requests for accommodations for COMLEX-USA Levels 1 and 2-CE* (including Plaintiff's application forms, requests for ADA accommodations, and documents submitted by or for Plaintiff pursuant to her requests for testing accommodations).

2. *Communications regarding Plaintiff's requests for accommodations* (including communications by and between Plaintiff or her attorneys and NBOME or its attorneys regarding the Plaintiff's requests for accommodations).

3. *Evaluations/reports regarding Plaintiff's request for accommodations* (including evaluations obtained by Plaintiff regarding her request for accommodations, evaluations obtained by NBOME regarding Plaintiff's request for accommodations).

4. *Test Accommodations Committee documents* (including redacted agenda, minutes of meetings considering Plaintiff's requests for test accommodations).

5. *Score reports and Plaintiff's performance on examinations taken by Plaintiffs* (including Plaintiff's score reports and analysis of Plaintiff's performance on COMLEX-USA or other NBOME examinations, MCAT, SAT, ACT and other examinations taken by Plaintiff).

6. *COMLEX-USA examinations* (including COMLEX-USA Levels 1 and 2-CE taken by Plaintiff, practice examination, COMAT examinations and Plaintiff's performance on those examinations).

7. *NBOME Bulletins of Information* (including statement of NBOME mission, Terms and Conditions, description of COMLEX-USA examinations and related matters).

8. *COMLEX-USA examination related documents* (including documents regarding the intended purpose of and construction of COMLEX-USA examinations, survey regarding competencies to practice osteopathic medicine and nature of competencies which the COMLEX-USA examinations intend to measure, and related documents).

9. *Transfer of Action, NBOME Fees and Costs* (including Terms and Conditions, BOI, NBOME's motion to transfer, response, reply, Court's order granting motion to transfer and transferring action to Indiana, NBOME counsel's time records, billings).

Date: April 1, 2021.

/s/ Sydney L Steele
Sydney L Steele, Ind. Atty. 694-49
KROGER GARDIS & REGAS, LLP
111 Monument Circle, Suite 900
Indianapolis, Indiana 46204
(317) 692-9000; sls@kgrlaw.com

Attorneys for Defendant, National Board of Osteopathic Medical Examiners, Inc.

## CERTIFICATION OF SERVICE

I, Sydney L Steele, certify that on April 1, 2021 the foregoing was served upon the following counsel of record via the Court's ECF system:

Charles Weiner, Esquire
LAW OFFICE OF CHARLES WEINER
Cambria Corporate Center
501 Cambria Avenue
Bensalem, PA 19020
charles@charlesweinerlaw.com

Mary C. Vargas, Esquire
STEIN & VARGAS LLP
10 G Street NE, Suite 600
Washington, D.C. 20002
Mary.Vargas@steinvargas.com

Matthew W. Lorch
LORCH LAW OFFICE, LLC
211 E. Market Street
New Albany, IN 47150
Matthew@lorchlaw.com

/s/ Sydney L Steele