# EXHIBIT 2

Boston University Danielsen Institute

185 Bay State Road
Boston, Massachusetts 02215
T 617-353-3047  F 617-353-5539
www.bu.edu/danielsen



# NEUROPSYCHOLOGICAL & PSYCHOEDUCATIONAL EVALUATION
## EDITED REPORT

**CONFIDENTIALITY STATEMENT:** *This report is privileged and confidential and may not be released to anyone without the expressed written consent of the client.*

**NAME:** Sharmaine Lewis
**DATE OF BIRTH:** ███████
**AGE:** 28
**DATE OF REPORT:** 6/14/10

**EVALUATED BY:** Brian Smothers, M.A.
**SUPERVISED BY:** Carol Wintermyer, Ph.D.
**EDITED BY:** Denisa Husarova, Psy.D.
**DATE OF EDITION:** 03/26/2012

## ASSESSMENT PROCEDURES AND DATES OF ADMINISTRATION:

Clinical Interview: 4/29/10
Wechsler Adult Intelligence Scale - Fourth Edition (WAIS-IV): 4/29/10
Rey Complex Figure Drawing Test and Recognition Trial: 4/29/10
The Nelson-Denny Reading Test: 5/6/10
Behavioral Assessment of Dysexecutive Syndrome (BADS): 4/29/10
Stroop Color and Word Test: 4/29/10
Color Trails I & II: 4/29/10
Multidimensional Anxiety Questionnaire (MAQ): 5/13/10
Brown ADD Scale: 4/29/10
Minnesota Multiphasic Personality Inventory – Second edition (MMPI-2): 5/6/10
Woodcock Johnson Tests of Cognitive Abilities and Achievement - Third Edition: 6/3/10

## REASON FOR REFERRAL:

Sharmaine Lewis was referred to the Danielson Institute at Boston University (B.U.) by Tufts University Disability Services for a neuropsychological assessment to determine the necessity for academic accommodations due to problems with Ms. Lewis' cognitive processing. Ms. Lewis would like the evaluation to determine whether or not she has an undiagnosed Processing Disorder, and provide written and verbal recommendations to aid her in reaching her educational and professional goals. She reported difficulties processing both auditory and visual stimuli. She noted that she often requires additional time to process academic material and to produce proficient results. In addition to the delays in processing, Ms. Lewis reported that she has extreme periods of intense anxiety prior to, and during academic tests. Ms. Lewis wanted the testing to investigate why she requires more time on most tasks than her peers. This test battery was utilized to assess for difficulties in cognitive processing and emotional conditions that

might interfere with cognitive processing. Ms. Lewis received written and verbal explanations of the clinic policies and procedures and was informed of any uses of the following material. Subsequently, she gave written and verbal consent to participate in the following evaluation.

## BACKGROUND INFORMATION:

The following background information was obtained from the client during the clinical interview, unless otherwise noted.

*Family History*

Sharmaine Lewis is a 28-year-old single African-Caribbean American graduate student at Tufts University. She is the younger of two children born to an intact family. Ms. Lewis was born in Guyana and lived there until she was six-years-old and the family relocated to St. Lucia. Ms. Lewis' father has a Doctor of Philosophy degree (Ph.D.) in health management. While living in St. Lucia, he worked as a teacher. Currently, he is living in Louisiana where he teaches and occasionally writes contracts. Ms. Lewis noted that she is close to her father. She believes that her father is optimistic and driven. In addition, she believes that she has these traits in common with her father, noting that both she and her father have pushed themselves to succeed. Ms. Lewis's mother currently teaches high school in New York City. According to Ms. Lewis, her mother is "[her] brace." She regards her mother as a major support figure in her life and remains emotionally close to her. Ms. Lewis has one older brother. She noted during the interview that he has struggled with similar processing difficulties and test taking anxiety. Ms. Lewis regards her family life as generally positive, noting that "like all families, [her] parents had their issues." Ms. Lewis' parents separated during her first year in high school and eventually divorced during Ms. Lewis' second year of her undergraduate studies at Tufts. About the divorce, Ms. Lewis noted that while she knew that it was coming, she was still shocked.

*Educational History*

Ms. Lewis is currently on a leave of absence form Tufts University, where she is a graduate student in Biomedical Science and Public Health. Ms. Lewis began her leave of absence on January 4, 2010 after having significant trouble in her academic courses due to increased anxiety and nervousness around her examinations. Regarding her anxiety, Ms. Lewis reported that she is extremely nervous prior to examinations which impacts her ability to sleep. She noted that her sleep decreases from seven hours per night to three hours per night during her examination periods. Upon further inquiry, she noted that the decreased sleep was not due to increased studying or "all nighters," but instead to increased nervousness and feeling "on edge." Ms. Lewis has tried to handle her anxiety by arriving to examinations early and to remain silent, mentally preparing for the test, she noted that these strategies only help marginally.

Ms. Lewis attended Tufts University as an undergraduate. She majored in Anthropology and finished with a cumulative GPA of 3.2, which she regarded as "not the

best." Regarding her response to her GPA, Ms. Lewis noted that she has very high standards for herself. She reported that "if you don't do well then you fail." Regarding her difficulties with cognitive processing, she reported having similar processing difficulties and nervousness during her undergraduate studies, but felt the situation was "more controllable." She noted that she has difficulty on tasks requiring reading, speed and efficiency, and multiple choice tests. She prefers math and science courses. According to Ms. Lewis, she often runs out of time on tests, which results in lowered grades and missed points, even on items that she would have been able to answer were she to have the time to do so. Over the course of her undergraduate and graduate years, some professors have granted her accommodations by allowing her to have extra time to complete in-class tasks or to complete the test in a quiet room. These accommodations help significantly.

Prior to attending Tufts, Ms. Lewis attended high school in NYC. She described the transition into the U.S. school system as very challenging. Based on her report, it illuminated much of her already existing learning difficulties, including low processing speed and reading problems. She described the school system in St. Lucia as allowing her to compensate for her difficulties by granted her significantly more time to process and output information. Ms. Lewis stated that she did not receive support for her difficulties in high school in NYC, because she did well compared to the other inner city children. She recalled being told by her teachers, "Don't worry, you're doing fine enough." She strongly believes that her grades do not reflect the level of her difficulties and that she received high grades due to the low standards at her high school. In order to get into college, Ms. Lewis had to take the SAT exam numerous times until she was able to achieve a high score (1500).

Ms. Lewis continued to compensate for her learning disabilities in college, as well. Based on her report, she chose an undergraduate program that put significantly less emphasis on the in-class exams and instead assessed the students' knowledge via take-home written assignments. Ms. Lewis stated that she spent excessive amounts of time completing her academic work in college. Without the time constraint, however, she was not only able to complete her work, but excel at it. She said that the only thing that brought her grade point average down in college were the few in-class exams she had to take. It appears that Ms. Lewis' determination, as well as the external circumstances (e.g., low grading standards in high school, low emphasis on processing speed in elementary, middle school and college) mitigated much of the effects of her learning disabilities in the past. Her compensatory strategies are insufficient as she is progressing within her academic pursuits.

*Vocational History*

Regarding her vocational history, Ms. Lewis reported that she has worked in various clinical research positions prior to returning to school for a masters degree. After finishing at Tufts, she worked as a research coordinator at Mt. Sinai in New York. She then worked a similar job at Cornell. Her job duties often required her to prepare Institutional Review Board requests, preparing patient consent forms, and some data entry tasks. She denied any difficulties with speed, efficiency or cognitive processing while at work thanks to having sufficient amount of time to complete her tasks. Again,

Ms. Lewis' dedication to her work and her ability to sacrifice a lot of her free time to her vocational duties allowed her to compensate for her low processing speed. However, Ms. Lewis did note that she "dreaded evaluations." Upon further inquiry, she reported that she had increases in her anxiety during yearly performance evaluations, or in other contexts when her work was being closely monitored.

*Medical History*

Ms. Lewis denied any serious or persistent medical conditions. She believes that she is in good health. She did acknowledge some weight gain during the fall semester that she attributed to changes in her routines. She tries to eat a healthy diet and exercise frequently. In December of 2009, Ms. Lewis was prescribed a trial of Lorazepam to address her anxiety. She noted that the medication did help to alleviate her anxiety, though she continued to have difficulty with cognitive processing, speed and efficiency.

*Alcohol and Drug History*

Ms. Lewis reported that she drinks occasionally. She reported no difficulties with work or peers due to her drinking. She reported no other drug usage.

## BEHAVIORAL OBSERVATIONS AND MENTAL STATUS:

Ms. Lewis arrived to the testing appointments on time and eager to begin. She was appropriately dressed in casual attire. She appeared to be her stated age, with height and weight within normal limits. She spoke with an appropriate vocabulary for someone with her reported education. Her speech, volume, tone and prosody were all within normal limits, with no evidence of pressure. There was one exception noted to her otherwise normal speech volume. During periods of the testing when Ms. Lewis was unsure of her answer she tended to speak very softly. Her flow of thought was goal-oriented, congruent to affect and mood (euthymic). She displayed an appropriate range of affect. During the interview, Ms. Lewis was forthcoming and readily disclosed personal information. Her memory appeared intact, judgment good, no evidence of hallucinations or delusions and no evidence of a formal thought disorder. No current suicidal or homicidal ideation, intent or plans were reported. There were no overt reasons to doubt Ms. Lewis' abilities as a historian. Ms. Lewis appeared to be oriented to person, place, time, and situation. Throughout the rather lengthy evaluation period, Ms. Lewis was cooperative and pleasant, attempting all items with adequate effort. She spent considerable amounts of time taking each test, likely due to her reported difficulties with processing speed. On both the MMPI-2 and the WAIS-IV, she took approximately three hours to complete each measure; each of these tests generally takes an hour and a half to complete. While there was some evidence of fatigue during the testing, frequent breaks appeared to help with this concern. During several subtests, Ms. Lewis was observed to be speaking to herself. When asked to speak louder, her speech was filled with doubt and self-criticism about her answers to test questions. This pattern of critical self-talk might suggest some increased cognitive activity and wheel-spinning when she doubts her ability to answer correctly. Ms. Lewis demonstrated increasing difficulty and frustration on tests

that lacked context cues. On these items she was unable to use deductive reasoning to be assured of the correctness of her response. Despite these findings, there were no situational or personal variables to compromise the validity of this assessment. The following results would, therefore, appear to represent a valid estimate of Ms. Lewis's current functioning.

## TEST RESULTS:

*Cognitive Functioning*

Ms. Lewis achieved the following scores on the WAIS-IV:

**Verbal Comprehension Index    107**
**Subtest Scale Score**
| | |
|---|---|
| Vocabulary | 11 |
| Similarities | 11 |
| Information | 12 |

**Perceptual Reasoning Index    92**
**Subtest Scale Score**
| | |
|---|---|
| Block Design | 7 |
| Matrix Reasoning | 13 |
| Visual Puzzles | 6 |
| Picture Completion | 2 |

**Working Memory Index    95**
**Subtest Scale Score**
| | |
|---|---|
| Digit Span | 8 |
| Arithmetic | 10 |

**Processing Speed Index    81**
**Subtest Scale Score**
| | |
|---|---|
| Symbol Search | 5 |
| Coding | 8 |
| Cancellation | 6 |

(Subtest scores range from 1 to 19, with 10 as the average score. Scores between 8 and 12 are in the average range.)

**Full Scale Intelligence Quotient (FSIQ)    94    General Ability Index (GAI)    100**

Ms. Lewis was administered twelve subtests from the Wechsler Adult Intelligence Scale – Fourth Edition (WAIS-IV). She achieved a Full Scale IQ (FSIQ) of 94 (Average), a Verbal comprehension score of 107 (Average) and a Perceptual Reasoning score of 92 (Average). These scores correspond to the 34th, 68th, and 30th percentiles, respectively, and indicate a level of functioning within the average range of abilities. It is difficult to summarize Ms. Lewis' cognitive abilities, as she presents with a diverse range of abilities. Her verbal reasoning abilities are better developed than her nonverbal reasoning abilities. Ms. Lewis demonstrated strengths in her general fund of knowledge although her ability to process complex visual information without using words is less well developed.

Ms. Lewis' verbal reasoning abilities as measured by the Verbal Comprehension Index are in the average range and above approximately 68% of her peers. This index score assesses verbal reasoning and concept formation. Ms. Lewis' performance within this area suggests differing levels of abilities. A detailed examination of her performance on individual subtests provided information regarding her specific abilities. Ms. Lewis demonstrated her strongest performance among verbal tasks on the

Information subtest. The Information subtest is an untimed, verbally presented test of general knowledge. This task required Ms. Lewis to respond orally to questions about common events, objects, places, and people. Performance on this subtest also may be influenced by cultural experience and quality of education, as well as her ability to retrieve information from long-term memory.

The Perceptual Reasoning Index (PRI) assesses non-verbal performance on fluid reasoning tasks. These tasks require visual motor abilities, coordination, visual perception, and organization. Within this domain, Ms. Lewis achieved a score in the average range and above 30% of her peers in the general population. Ms. Lewis' performance was unequally distributed within the PRI suggesting that her visual-spatial reasoning and perceptual organizational skills vary among tasks. The degrees of variability in Ms. Lewis' scores are atypical and may be noticeable. Ms. Lewis' strongest performance was on the Matrix Reasoning subtest. This consists of a sequence or group of designs and requires individuals to fill in a missing design from a number of choices. This is an untimed test which measures abstract nonverbal reasoning ability. The absence of a time limit allows individuals with a slower more deliberate approach to the task to not be penalized. Ms. Lewis' performance on the Visual Puzzles subtest was considerably weaker than her other PRI subtest scores. The Visual Puzzles subtest required Ms. Lewis to view a completed puzzle and select three response options that, when combined, reconstruct the puzzle, and do so within a specified time limit. This subtest is designed to measure nonverbal reasoning and the ability to analyze and synthesize abstract visual stimuli. Performance on this task also may be influenced by visual perception, broad visual intelligence, fluid intelligence, simultaneous processing, spatial visualization and manipulation, and the ability to anticipate relationships among parts. An additional area of weakness was noted on the Picture Completion subtest. While this subtest is not included in her PRI or Full Scale IQ, her performance on this task suggests difficulties with attending to details in a timely and efficient manner. This task requires test takers to find a missing piece from a detailed picture.

On the working Memory Index Ms. Lewis achieved a score of 95. This score places her into the average range of abilities in this domain and above approximately 37% of her same-age peers. The Working Memory Index assesses the ability to sustain attention, concentrate, and exert mental control. Within these tasks, Ms. Lewis' performance was quite consistent across tasks. Her abilities to exert mental control on cognitive tasks are better developed than her nonverbal reasoning abilities. Good mental control may facilitate the ability to process complex information and ease new learning.

On the Processing Speed Index (PSI) she achieved a score of 81. This score places her into the low average range of abilities and above approximately 10% of her peers. The Processing Speed Index assesses the ability to process and incorporate simple and/or routine visual material without making errors. In this area Ms. Lewis' scores were quite variable. Her PSI should be interpreted with caution. She performed much better on Coding (scaled score = 8), which is more demanding of fine-motor skills, short-term memory, and learning ability, than on Symbol Search (scaled score = 5), which is more demanding of attention to detail and visual discrimination. Processing visual material quickly is an ability that Ms. Lewis performs poorly as compared to her verbal reasoning ability. Processing speed is an indication of the rapidity with which she can mentally process simple or routine information without making errors. Because learning often

involves a combination of routine information processing (such as reading) and complex information processing (such as reasoning), a weakness in the speed of processing routine information may make the task of comprehending novel information more time-consuming and difficult for Sharmaine. Thus, this weakness in simple visual scanning and tracking may leave her less time and mental energy for the complex task of understanding new material.

*Attention and Concentration*

**Rey Complex Figure Drawing and Recognition Test**

|  | T Score | Percentile |
|---|---|---|
| Immediate Recall | 35 | 7 |
| Delayed Recall | 32 | 4 |
| Recognition | 68 | 96 |

**Stroop Color Word**

|  | T Score |
|---|---|
| Word | 18 |
| Color | 23 |
| Color Word | 33 |
| Interference | 51 |

**Wisconsin Card Sort – 64**

|  | T Scores |
|---|---|
| Total Errors | 37 |
| Perseverative Responses | 40 |
| Preservative Errors | 38 |
| Nonperseverative Errors | 34 |
| Conceptual Level Responses | 35 |

**Color Trails I & II**

|  | T Score | Percentile |
|---|---|---|
| Color Trails I | <20 | <1% |
| Color Trails II | <20 | <1% |

**Brown ADD Scales**

|  | T Score |
|---|---|
| Activation | 56 |
| Attention | 53 |
| Effort | ≤50 |
| Affect | ≤50 |
| Memory | 51 |
| Total Raw Score | ≤50 |

**BADS**

| Standard Score | Age Corrected Standard Score |
|---|---|
| 90 | 91 |

Lewis, Sharmaine
Page 8

The Brown Attention Deficit Disorder Scales (Brown ADD Scales), Color Trails 1 and 2, Stroop Color and Word Test, Wisconsin Card Sort Test, Rey Complex Figure and Recognition Trials, and the Behavioral Assessment of Dysexecutive Syndrome (BADS) were administered as a way of assessing Ms. Lewis' ability to concentrate and focus her attention. Specifically, these tests were utilized to determine if Ms. Lewis' difficulties in processing speed could be attributed by an undiagnosed Attention Deficit Disorder.

The Brown ADD Scale is a self-report inventory used to assess various components of attention deficit and threats to concentration. On the Brown ADD scale, T scores of 55-120 are highly probable for diagnosis of ADHD. Ms. Lewis' total score on the Brown ADD Scales fell into the possible but not likely range for an attention deficit disorder. According to her own ratings of possible ADHD symptomatology, Ms. Lewis is not currently noticing any threats to her attention or concentration. Due to the self-report nature of this instrument and the potential for under-reporting, further testing to rule out ADHD was warranted.

On the Stoop Color and Word Test Ms. Lewis performed within the very impaired to mildly impaired ranges. The Strop Color and Word Test assesses reading skills, visual and verbal processing, and the ability to suppress automatic responses through volitional control. Her results were likely impacted by her slow processing speed, though they also demonstrate difficulty attending to word stimuli as opposed to color or color word tasks. Her pattern is a pattern that is often seen with those who have dyslexia. There was no interference in the face of multiple stimuli.

The Wisconsin Card Sort Test assesses abstract reasoning skills and the ability to shift mental strategies in response to changing demands. Results of the Wisconsin Card Sort test all fall within the mildly impaired to average ranges when compared to others of her age and general education abilities. While Ms. Lewis was able to develop a concept, she had difficulty with shifting mental sets when the data changed. She had a tendency to perseverate.

The Color Trails 1 and 2 Tests measures attention on tasks involving a single cue or multiple cues. The first task, Color Trails 1 requires individual's to attend to a visible cue task while Color Trails 2 requires divided attention to multiple cues. On the Color Trails 1 and 2 Tests, Ms. Lewis performed in the severely impaired range. Her performance suggests that she had significant difficulty attending to the test stimuli in a timely efficient manner, likely impacted by her slow processing speed. Ms. Lewis utilized a slower, more deliberate approach to the test. While this approach was effective resulting in no mistakes, it was less efficient which resulted in a lower score.

On the Rey Complex Figure Drawing Test, Ms. Lewis performed in the mildly impaired and superior ranges. This test assesses an individual's visuospatial constructional abilities and visual memory. Her performance on the Rey is significantly discrepant with her performance on the WAIS-IV working memory index, where she achieved a score in the average range. While she approached the task slow and

deliberately, she did not take a very organized approach to the initial copy trial. This clearly impacted her immediate and delayed scores falling in the seventh and fourth percentiles respectively. It is very difficult to remember the complex figure when initially drawn in an inefficient and unorganized manner. Despite her difficulty recalling the original stimulus on immediate and delayed recall trials, her ability to recognize portions of the drawing when given visual cues falls in the very superior range.

Her performance on the Battery Assessment for Dysexecutive Functioning test (BADS) is commensurate with her performance on other cognitive and attention measures. Her Profile score was in the average range of abilities. Several of the tasks within the BADS ask the test taker to solve a complex puzzle while adhering to specific guidelines. These tasks are successfully mastered by test takers whom allow sufficient time to plan their problem solving approach. On the BADS, Ms. Lewis demonstrated significant difficulty in being able to efficiently plan and organize an effective problem solving strategy to several of the subtests. While she spent a significant amount of time planning, she did not appear to benefit from the amount of time she used planning.

*Academic Performance*

Academic skills were assessed using the Nelson Denny Reading Test and the Woodcock-Johnson Tests of Cognitive Abilities and Achievement-III to evaluate reading, oral language, math, and written language. Ms. Lewis' standard scores can be compared to her IQ scores, which ranged from 81 to 107. Ms. Lewis performed as follows:

**Nelson Denny Test**

|  | Percentile | Standard Score | STA-9 |
|---|---|---|---|
| Vocabulary | 15 | 214 | 3 |
| Comprehension | 21 | 213 | 3 |
| Reading Rate | 6 | 180 | 2 |

**Woodcock-Johnson Tests of Cognitive Abilities-III**
**Cluster Scores**

|  | Standard Score | Percentile |
|---|---|---|
| GIA | 70 | 2 |
| Verbal Ability | 91 | 28 |
| Thinking Ability | 68 | 2 |
| Cognitive Efficiency | 90 | 24 |
| Phonemic Awareness | 69 | 2 |
| Working Memory | 89 | 24 |

**Subtest Scores**

|  | Standard Score | Percentile |
|---|---|---|
| Verbal Comprehension | 91 | 28 |
| Visual-Auditory Learning | 68 | 2 |
| Spatial Relations | 85 | 15 |

| | | |
|---|---|---|
| Sound Blending | 75 | 5 |
| Concept Formation | 62 | 1 |
| Visual Matching | 85 | 16 |
| Numbers Reversed | 97 | 41 |
| Incomplete Words | 67 | 1 |
| Auditory Working Memory | 81 | 11 |
| Visual-Auditory Learning - Delayed | 54 | 1 |

**Woodcock-Johnson Tests of Achievement-III**

**Cluster Scores**

| | Standard Score | Percentile |
|---|---|---|
| Oral Language | 77 | 6 |
| Broad Reading | 71 | 2 |
| Broad Written Language | 97 | 42 |
| Written Expression | 92 | 29 |

**Subtest Scores**

| | Standard Score | Percentile |
|---|---|---|
| Letter-Word Identification | 91 | 27 |
| Reading Fluency | 66 | 1 |
| Story Recall | 89 | 24 |
| Understanding Directions | 77 | 6 |
| Spelling | 106 | 65 |
| Writing Fluency | 84 | 15 |
| Passage Comprehension | 95 | 37 |
| Writing Samples | 118 | 89 |
| Story Recall – Delayed | 100 | 50 |

Ms. Lewis completed 10 subtests of the WJ-C-III, which measures various aspects of a person's cognitive abilities. Her score of 70 on the General Intellectual Ability index (GIA) indicates her overall cognitive abilities are in the borderline range. Her verbal ability score of 91 falls in the average range, suggesting that Ms. Lewis performs better than 28 percent of her peers on tests of acquired knowledge and language comprehension. Her thinking ability score of 68 is also in the average range. This score suggests that Ms. Lewis will perform better than 2 percent of her peers on tests of intentional cognitive processing. Her cognitive efficiency score of 90 is in the average range, performing better than 24 percent of her peers on tests of automatic cognitive processing. In addition, Ms. Lewis' phonemic awareness score of 69 is in the average range. Her ability to hear, identify, and manipulate phonemes will be approximately better than 2 percent of her peers. Ms. Lewis' working memory score of 89 falls in the low average range, and indicates that her performance on tasks requiring memory skills will be better than 24 of her peers. Her performance on the WJ-C-III is generally

commensurate with her results on the WAIS-IV indicating a diverse set of abilities within the average to low average abilities across domains.

Ms. Lewis completed nine subtests WJ-A-III. Her oral language score of 77 indicates that her English oral language skills are low average when compared to others at her age level. Her performance on these tasks indicate that Ms. Lewis will perform better that approximately 6 percent of her peers. Her broad reading score of 71 is in the borderline range, performing better than 2 percent of her peers. In addition, both her broad written language score of 97 falls and her written expression score 92 are in the average range. These scores suggest place her in the 42nd and 29th percentiles

Regarding her scores on the Nelson Denny Reading Test, Ms. Lewis' performance on this test suggests a wide range of aptitude. Her vocabulary and comprehension scores on the Nelson Denny Reading Test fell into the 15th and 24th percentiles, respectively, while her Nelson Denny reading rate was in the 6th percentile. Ms. Lewis' performance is commensurate with her performance on other tests of vocabulary and comprehension, indicating an above average to well above average abilities. Despite her strong verbal knowledge and reasoning abilities, her ability to quickly recognize, decode and interpret words are significant impaired, resulting in a very low reading rate.

*Cognitive/Achievement Discrepancies*

To help determine if there are significant discrepancies between her cognitive functioning and academic achievement, comparisons were made between Ms. Lewis's cognitive and achievement scores on the Woodcock-Johnson tests. Based on a mix of cognitive tasks associated with performance in each area, she is performing at predicted levels in writing tasks and on oral language tasks. Contrastingly, a significant discrepancy was noted between her predicted reading ability scores on the WJ-C-III and her actual reading achievement scores. This suggests that Ms. Lewis meets the DSM-IV-TR criteria for a Reading Disorder. Ms. Lewis's score (6% PR) on the reading rate portion of the Nelson-Denny reading test is significantly lower than one would expect based on her WAIS-IV and WJ-CA-III scores, although consistent with the discrepancies between her ability and achievement noted on the WJ-CA-III.

*Social and Emotional*

Ms. Lewis was administered one personality measures to assess her emotional and social functioning. The MMPI-2 is an objective, self-report test of personality, consisting of 567 items. Ms. Lewis responded to all items in a manner suggesting that she is open to disclosure, even of more personal and difficult aspects of her inner life. When approaching the MMPI-2, Ms. Lewis was asked to simulate conditions that she might encounter during an academic examination. By simulating these conditions, she might provide some indication of the state of her mind during examinations. The results should be considered in light of this request. The results suggest that she is quite outgoing and personable. Often individuals with similar profiles have a strong need to be around others. She is likely gregarious and enjoys attention. When in comfortable surroundings,

she is likely outgoing. Often individuals with similar response on the MMPI-2 report fast and rapid thought processes, often referred to as a flight of ideas. In addition to rapid thoughts, individuals with similar responses often report outbursts of temper alongside a generally euphoric mood.

The results suggest that Ms. Lewis likely tends to drive herself excessively and to overextend herself. Often she may have unrealistic plans and may become agitate when these plans go unrealized. In addition, she may often feel unable to complete tasks she begins because she may have difficulty maintaining focus on seemingly mundane details. As a result, she may tend to be disorganized leading to impulsive behaviors and careless judgment and/or mistakes.

Several of Ms. Lewis' responses to the MMPI-2 did not fit the developing clinical picture, therefore she was asked to elaborate on her answers. One critical item suggested that Ms. Lewis might often like to smash things. Upon further inquiry, she noted that, while she does get angry she refrains from smashing things because "I can't afford to replace them. When asked to elaborate her meaning to the item: "I work under a great deal of tension (true)." She replied, "I want to do a good job at every thing. There is a good deal of tension when you want to be the best." Further evidence of her need to spend a significant amount of time in the planning phases of her tasks was noted in the following response: "I have difficulty starting to do things (true)." She noted that she "must have everything planned before I begin anything." This approach was seen on several other tests, especially on the BADS, Color Trails, and Rey Figure Drawing.

One of the more intriguing responses on the MMPI-2 was seen on the following critical item: "My soul sometimes leaves my body (true)." When asked to elaborate about this, she noted that she often feels when she sits down to take an examination she is "not the same person that left home to take the exam." Lastly, Ms. Lewis noted that she often feels that her thoughts have raced ahead faster than she could speak them (item 122: true). Upon further inquiry, she reported that she often feels that she leaves out words, steps or details when trying to explain herself on written examinations.

To assess further the impact of her anxiety, Ms. Lewis was given the Multidimensional Anxiety Questionnaire (MAQ), a 40-item self-report inventory of anxiety symptomatology. She endorsed statements that indicate no chronic problems with anxiety, worry, or negative affects. Despite this finding, it is likely that her normal base-line state is radically altered during high demand testing situations. During these situations, her affects likely become disruptive, agitated and increasingly perseverative on negative aspects of her perceived performance.

## DIAGNOSTIC IMPRESSION:

| | | |
|---|---|---|
| **Axis I:** | Reading Disorder | 315.00 |
| | Anxiety Disorder, NOS | 300.00 |
| **Axis II:** | Deferred | 799.0 |
| **Axis III:** | none reported | |
| **Axis IV:** | Difficulty performing academically | |
| **Axis V:** | 62 | |

## SUMMARY AND RECOMMENDATIONS:

Sharmaine Lewis is a 28-year-old single African-Caribbean American graduate student at Tufts University. She was referred by Tufts University Disability Services for a neuropsychological and psychoeducational battery to determine the presence of processing delays noticed during her academic work. Results of cognitive testing suggest that she is likely functioning in the average and low average ranges of abilities when compared to peers of her same age. She displayed a preference for verbal tasks, with some limitations in tasks of procedural, nonverbal perceptual reasoning, as well as quick and efficient complex mental operations. She demonstrated a relative weakness in the area of processing speed.

On tests of achievement, Ms. Lewis displayed a significant difference between predicted achievement and ability in the area of reading, suggestive of a reading disorder. Her difficulties on the reading tasks, as well as the neuropsychological testing, were primarily mediated by her low processing speed. Ms. Lewis' results on all timed assessment tasks fell far below the average range, which stands in contrast to her performance on the untimed tasks. On the executive functioning measures (e.g., Stroop, Color Trails), Ms. Lewis showed no evidence of inhibition or shifting problems. Rather all of her results were consistently low due to her poor processing speed. This is congruent with Ms. Lewis' self-reported problems with completing in-class exams within the allotted time limit.

Ms. Lewis' low processing speed contributed to a significant discrepancy in her current results. Her performance on the WAIS-IV perceptual reasoning tasks is a good example of this. Ms. Lewis showed no significant right hemisphere weakness on the visuospatial, abstract reasoning tasks. However, on majority of these subtests, she lost credit for correct responses due to running over the time limit. As a result, her results within the Perceptual Reasoning cluster were highly variable (e.g., Matrix Reasoning, SS = 13 vs. Visual Puzzles, SS = 6 and Block Design, SS = 7). Similar variability can be observed in Ms. Lewis' overall testing profile and her school transcripts (e.g., superior grades on take-home assignments vs. below average performance on timed in-class exams).

Based on the behavioral observations, as well as the results of her psychological testing, Ms. Lewis' speed of output was found to be strongly limited by her symptoms of anxiety. According to her psychological profile, Ms. Lewis experiences rapid thought processes, often referred to as a flight of ideas, during high demand testing situations. In addition, she gives evidence of pushing herself excessively and overextending herself. During the course of assessment, Ms. Lewis' anxiety clearly interfered with her working memory and processing speed. Reversely, her inability to complete tasks time-efficiently significantly increased her anxiety. It is possible that Ms. Lewis' current level of anxiety is strongly related to her life-long undiagnosed learning difficulties and her draining use of compensatory strategies.

Ms. Lewis possesses many intellectual and personality strengths (i.e., perseveration, determination, motivation to succeed), which allowed her to compensate for her learning deficits in the past. Various external circumstances (e.g., low grading standards in high school, low emphasis on processing speed in grade school and college) further mitigated the effects of her learning problems. As a result, Ms. Lewis' reading

and processing problems remained undiagnosed throughout her early academic years. Ms. Lewis' compensatory strategies have become significantly less sufficient as she has progressed within her academic pursuits. With the increased demand on her cognitive functioning and the higher-level educational standards, she is experiencing significantly more functional deficits (i.e., leave of absence from college, increased anxiety, burn out due to excessive use of compensatory mechanisms).

According to her past experiences, as well as her testing profile, time extension has significantly improved Ms. Lewis' ability to complete academic tasks and demonstrate her knowledge mastery. Based on her current results (i.e., superior response accuracy but very impaired processing speed), it is predicted that 50% time extension will significantly improve her achievement on all standardized and in-class exams.

1. It is strongly recommended that Ms. Lewis be given time and a half for in-class tests, assignments and standardized tests.

2. It is strongly recommended that Ms. Lewis work in a room that is quiet and free of distractions.

3. Ms. Lewis should be allowed to use a tape recorder and/or note taker for her classes, since listening and taking notes at the same time might be a very difficult task for her.

4. It is strongly recommended that when reading, Ms. Lewis should make efforts to cover the page and look at only one line at a time so as to minimize distractions related to the stimuli present when a full page of text is exposed.

5. It could benefit Ms. Lewis to work with a reading specialist to assist her with strategies that can improve his reading speed.

6. Ms. Lewis could consider having her textbooks audio-taped prior to the beginning of each semester by contacting:

   Recording for the Blind and Dyslexic
   1-800-221-4792
   www.rfbd.org

7. Ms. Lewis could benefit from individualized tutoring services. These services could address reading, numerical operations, spelling, or provide editing services for any term papers or written exams. Ms. Lewis is encouraged to access the following services:

   Tufts University Academic Resource Center
   Dowling Hall
   Medford, MA, 02155
   (617) 627-4345

8. In class, Ms. Lewis should sit toward the front of the classroom to maximize her eye contact with the professor and to reduce other distractions.

9. While reading, Ms. Lewis should pause after each section to summarize in her own words the concepts presented in that section. Dictating these summaries into a tape recorder will help his review for exams.

10. Ms. Lewis might consider seeking psychotherapy services to help her to address her anxiety. It is likely that her anxiety is caused by the high standards she sets for herself and her perceived failure to met her internal expectations. Psychotherapy might help Ms. Lewis gain some coping strategies to reduce her anxiety while also helping to reduce the inner pressure she experiences to succeed.

11. Lastly, Ms. Lewis reported some success in addressing her anxiety through psychopharmacological interventions. She should seek a psychiatric consult to determine the feasibility of continuing this treatment.

_____  
Carol Wintermyer, Ph.D., DABPS, FACFE  
Licensed Psychologist

6/14/10  
Date

_____  
Denisa Husarova, Psy.D.  
Licensed Psychologist

4/4/12  
Date

*Confidential*