EXHIBIT 6

**Boston University** Danielsen Institute

185 Bay State Road
Boston, Massachusetts 02215
T 617-353-3047  F 617-353-5539
www.bu.edu/danielsen



# PSYCHOLOGICAL EVALUATION

**Patient Name:**       Sharmaine Lewis
**Dates of Evaluation:** 6/25; 6/29; 6/30/2015          **Sex:**              Female
**Date of Birth:**       ███████                         **Age:**              33
**Education:**           18 years                        **Lateral Dominance:** Right-handed
**Occupation:**          Researcher                      **Referred By:**      Self-referred

**Reason for Referral:**
Ms. Lewis is a 33 year-old, unmarried, female, who works as a clinical researcher. She has a longstanding history of reading difficulties and testing anxiety and referred herself for a psychological evaluation to assess her cognitive and academic strengths and weaknesses. She was recently admitted to Medical School and would like to determine if she is eligible for academic accommodations. Background information for the current report was based on an interview with Ms. Lewis, a background questionnaire, a behavioral checklist completed by her mother, and a previous psychological evaluation report.

**Presenting Concerns:**
Ms. Lewis reported experiencing significant testing anxiety that impacted her grades in college and graduate school. She indicated that during in-class tests she panics and her mind becomes "blank," which impacts her ability to process the exams questions, retrieve information from memory, and choosing the appropriate response on multiple-choice tests. Her testing anxiety became noticeable in college and led her to choose a major that emphasized take-home projects rather than in-class exams. Her difficulties taking exams were very disruptive in graduate school and led to poor performance and significant distress. Ms. Lewis received school accommodations in graduate school (i.e., extra-time on exams) which were reportedly very helpful.

Additionally, Ms. Lewis has a longstanding history of reading and processing speed difficulties and carries a diagnosis of reading disorder upon a neuropsychological and psychoeducational evaluation that she received in 2010. She reports being a slow reader and taking significantly extra-time and effort to complete tasks both in school and at work.

**Background History:**
Ms. Lewis was born in British Guyana in a family of African-Caribbean heritage. She has one older brother who struggles with learning difficulties as well. Both parents are college educated and immigrated in the U.S. when Ms. Lewis was age 10. Records indicate that they separated when Ms. Lewis was in high school. Ms. Lewis' primary language is English.

There was no history medical complications at her birth and she reportedly reached the developmental milestones on time. Ms. Lewis described her childhood as "happy" and indicated that she has been close to her parents and was raised in a supportive family. A history of abuse or trauma as a child was denied, as was a childhood history of socializing difficulties.

**Academic History and Previous Testing:**
Ms. Lewis was educated from kindergarten through age 10 in Guyana. She reported being a slow reader and having difficulty with spelling as a young student. She added that these issues did not significantly impact her grades because of the supportive academic environment that put less focus on processing speed. In elementary school she was also very anxious when reading in public, and this anxiety persisted over the years.

Records indicate that the transition to the U.S. school system was very challenging for Ms. Lewis and that her learning difficulties became very visible in her new academic environment. However, previous records indicate that she reportedly still did well as compared to other children, because her school did not have high standards of performance. Nevertheless, her processing difficulties (particularly her reading problems) impacted her SAT performance and she took this test several times to earn a good score (in 1500's).

After graduating from high school, Ms. Lewis enrolled in the B.A. Anthropology program at Tufts University, which she graduated in 2004 with a GPA of 3.2. In college she continued to struggle with reading and was very slow with completing schoolwork. As a result, she put forth significantly more effort and time to complete tasks as compared to her peers. Also, she experienced significant testing anxiety, so she chose a program that put significantly less emphasis on in-class exams. Even so, Ms. Lewis reported that her GPA was negatively affected by the few in-class exams that she was not able to finish on time. Also, she reported difficulty following lectures and taking notes at the same time. She reportedly enjoyed Math and Science, but struggled with subjects requiring much reading. Ms. Lewis indicated that she was informally accommodated by some professors (i.e., she was allowed to spend more time on exams), while she has never received formal accommodations.

After graduation, Ms. Lewis began working as a clinical researcher. She indicated that the quality of her work was good, but this was because she spent significant extra-time on tasks. In 2010 she enrolled in the M.Sc. program in Biomedical Science and Public Health at Tufts University, which she graduated in 2013 with a GPA of 3.0. She continued to struggle with her processing difficulties in graduate school and her testing anxiety became very disruptive. As a result, she decided to take a leave of absence for a while in order to evaluate and treat these issues.

It is at that time that she received a **neuropsychological** and psychoeducational evaluation in order to determine if she has an undiagnosed processing disorder and if she is eligible for school accommodations. The evaluation report by Brian Smothers, M.A. in 2010 (edited by Denisa Husarova, Psy.D., in 2012) indicates that Ms. Lewis' scores on a cognitive test battery (WAIS-IV) were: 107 (Verbal Comprehension Index), 92 (Perceptual Reasoning Index), 95 (Working Memory Index), and 81 (Processing Speed Index). Her lowest performance on the Processing Speed Index was consistent with Ms. Lewis' reported slow processing. On a test of visual

2

memory her recall performance was below average, while her delayed recognition was above average. She scored generally below average on various measures of executive functioning. Also, her performance on reading tests (word reading, word decoding, phonemic awareness, comprehension) was below average or at the lower end of the average range. The evaluators noted the significant discrepancy between Ms. Lewis' scores on another cognitive test (WJ-III-COG) and her low reading test performance, which was suggestive of a reading disorder. Also, the evaluators noted that "Ms. Lewis' results on all timed assessment tasks fell far below the average range, which stands in contrast to her performance on the untimed tasks." Additionally, it was noted that Ms. Lewis' anxiety interfered with her test performance. In conclusion, the evaluators indicated that her test profile was indicative of a **reading disorder** and emphasized that Ms. Lewis' compensatory strategies (putting extra-effort and time in tasks) became less sufficient as she progressed with her academic pursuits. She was also diagnosed with Anxiety Disorder NOS to account for her intense anxiety in testing situations. Recommendations included: (1) receiving 50% more time for in-class and standardized tests), (2) being examined in a quiet room; (3) strategies to improve reading effectiveness; (4) working with a reading specialist; (5) using audio-taped materials to improve learning and obtaining the permission to record lectures; (6) receiving counseling for anxiety; and (7) follow-up with a psychiatric consult to determine the feasibility of continuing her medication treatment for anxiety. Based on this evaluation, Ms. Lewis was granted academic accommodations in graduate school, as well as on the MCAT (25% more time on this exam). She reported that these accommodations were very helpful, while her performance on the Verbal section of the MCAT was still below average.

After graduation, Ms. Lewis continued to work as a clinical researcher and was recently accepted in a Medical School program.

**Medical History and Medication:**
Medical history was reportedly unremarkable. She denied a history of head injury with loss of consciousness and of seizures. She has astigmatism and wears glasses for both reading and distance vision.

**Psychiatric History:**
Ms. Lewis denied current suicidal ideation, intention, or plan. Upon inquiry, she indicated that her current typical mood is "excited and nervous", secondary to her receiving the news of her acceptance to Medical School. Problems with sleep, appetite, and energy were denied. Current social support was described as very good and mainly consists of family and friends. As mentioned above, previous psychiatric history was remarkable for academic-related anxiety in college and graduate school. She was treated at that time with Propranolol and Lorazepam PRN as prescribed by a psychiatrist, and with counseling for 2 or 3 years. She is not currently in psychiatric treatment or counseling. A history of hallucinations and delusions was denied. Family psychiatric history was remarkable for learning difficulties (brother).

**Substance Use:**
Ms. Lewis indicated that she consumes alcoholic beverages very occasionally in social settings. She denied a history of health, legal, academic, work, or relationship problems associated with her alcohol use pattern. A history of illicit drug abuse was noncontributory. Ms. Lewis indicated that she consumes 2-3 cups of caffeinated beverages daily.

3

**ASSESSMENT PROCEDURES**:
Diagnostic Clinical Interview
Background Questionnaire
Wechsler Adult Intelligence Scale, Fourth Edition (WAIS-IV)
Woodcock-Johnson Tests of Cognitive Abilities, Third Edition (WJ COG-III; Rapid Naming Test)
Wechsler Individual Achievement Test- Third Edition (WIAT-III; selected subtests)
Nelson-Denny Reading Test (Form G; Reading Comprehension)
Delis-Kaplan Executive Function System (D-KEFS; selected subtests)
Wisconsin Card Sorting Test (WCST)
Conner's Continuous Performance Test-Second Edition (CPT-II)
Rey Complex Figure Test (RCFT)
California Verbal Learning Test-Second Edition (CVLT-II)
Behavior Rating Inventory of Executive Function- Adult Version (BRIEF-A self-report)
Retrospective ADHD symptom checklist (completed by mother)
Beck Depression Inventory-Second Edition (BDI-II)
Beck Anxiety Inventory (BAI)
Texting Anxiety Questionnaire

**BEHAVIORAL OBSERVATIONS:**
Ms. Lewis was evaluated at the Danielsen Institute at Boston University. She presented for the appointments on time and was appropriately dressed and well groomed. She was alert and oriented to person, time, and location. Eye contact was normal and gaze was appropriately focused on test stimuli. Vision and hearing were deemed adequate for testing purposes. Gait, posture, and balance appeared normal upon informal evaluation. Fine motor functioning was within normal limits. Spontaneous speech was normal for prosody and rate, but she spoke on a soft voice and a few times she was asked to repeat what she said because she was inaudible. This occurred particularly when she was unsure of her test responses. Thought-processes were goal-oriented and there was no evidence of a formal thought disorder. However, sometimes she was a little scattered, imprecise, or too detail-oriented in her answers to questions and in some of her verbal test responses. This impacted at times the clarity of her communication. Current typical mood was reported as "excited and nervous." Affect was broad and appropriately displayed. Ms. Lewis was very pleasant and cooperative with the interview and testing process. She engaged well with the tasks and embedded cognitive tasks used to help gauge effort were not significant. She was notably slow across tests and it took a long time to complete tasks. It is the examiner's impression that this was in part because of her slower processing speed and in part because of her perfectionist and detail-focused approach that likely reflected her testing anxiety. Also notable was her hesitant approach of some tests, low self-assurance, and a tendency to be self-critical at times regarding her performance. Finally, Ms. Lewis often appeared worried about her performance and in response to tasks that she viewed as challenging. Despite these issues, the current results are judged to provide an accurate estimate of her current level of cognitive and achievement abilities.

**TEST RESULTS:**
**General Cognitive Abilities and Language:**
An estimate of Ms. Lewis's general cognitive abilities is not reported, due to clinically significant discrepancies within her cognitive profile that are judged to be developmental in nature. Her cognitive profile was similar to the one she exhibited in the previous evaluation in 2010, with a relative strength in core verbal comprehension skills (Verbal Comprehension Index) as compared to all the other three indexes.

Within her Verbal Comprehension Index, expressive vocabulary (Vocabulary), finding similarities between words (Similarities), and fund of knowledge (Information) were all in the high average range. She was generally slow in responding to these tests. Also, she appeared to be hesitant and imprecise at times on the Similarities subtest.

As compared to her above average verbal comprehension skills, Ms. Lewis performed significantly worse on tests measuring speed of retrieving lexical information from long-term memory. This likely reflects slowness in accessing her lexical fund from long-term memory, which is likely one factor contributing to her reported slow reading comprehension. A test of quick naming and word retrieval (timed picture naming; WJ-III-COG Rapid Picture Naming) was in the borderline range. Similarly, both phonemic (D-KEFS Letter Fluency) and semantic fluency (D-KEFS Category Fluency) were in the low average range/below average.

**Visual Spatial Functioning**:
Her performance on tests of visual-spatial functioning was weaker and variable (low average to average range) and mirrored her performance on the same tests in 2010. Nonverbal reasoning and pattern recognition (Matrix Reasoning) was in the average range and constituted a relative strength in this area. However, I suspect that she used her good verbal comprehension skills to code the visual information in a verbal mode, which boosted her score on this test. This was suggested by her sub-vocalizing her reasoning process when working on this subtest. Even so, her performance was scattered, suggesting inconsistency in her problem-solving strategies. Moreover, and as with other tests, Ms. Lewis was very slow and was prompted on many occasions to deliver a response after the allotted time passed. Three-dimensional block design constructions (Block Design) were significantly weaker and below average. While she was able to complete the simple (2 x 2) designs, she struggled with two complex designs (3 x 3) and thus she reached the discontinuation criteria early. Of note, she was able to complete one of these items when additional time was provided. She was also able to complete one of the two additional items that were administered when extra-time was provided. These findings strongly reflect her slowness in processing complex information, which is one of her main complaints. Also important was that during this subtest she was less organized and inconsistent in her problem solving strategies. She was also hesitant and spent significant time checking her work, which increased the execution time. Moreover, Ms. Lewis appeared to feel overwhelmed and anxious during this test. Visuo-spatial analysis and synthesis (Visual Puzzles) was also weak and below average. She missed one simple item and reached the discontinue criteria very early on this subtest.

Consistent with the findings above, a measure of constructional praxis and planning (i.e., copying a complex figure; RCFT-Copy) was in the borderline range due to her making 3 errors.

5

She was very slow on this test, which was due in part to her detail-focused approach and her tendency to over-check her work. Also, she demonstrated lapses in organization and did not always used well the configuration of the stimulus to guide her work.

**Psychomotor Functioning:**
Her performance on psychomotor speed tests was generally weak and variable (from borderline to average range). This is fully consistent with Ms. Lewis' reported low processing speed and is a judged to be a major factor contributing to her difficulties reading, writing, and taking exams. She performed in the average range on a test of visual association learning (Coding), but in the borderline range on a test of psychomotor speed and visual discrimination (Symbol Search). Visual scanning and cancelation (D-KEFS Visual Scanning) was at the lower end of the average range. Rapid sequencing of numbers (D-KEFS Number Sequencing) and rapid sequencing of letters (D-KEFS Letter Sequencing) were both in the borderline range. Psychomotor processing speed on a simple task requiring rapid connection of dots (D-KEFS Motor Speed) was much below average.

**Memory and Learning:**
On a verbal-auditory memory test (a word list; CVLT-II), initial acquisition of discrete bits of verbal information was in the average range. She recalled 7 words out of 16 on the first trial (average range performance). Her performance over the next four learning trials was 10, 9, 13, and 15 recalled words, respectively, suggesting that she benefitted from the repetition of information. Of note, these recall trials took a long time to complete, reflecting again her slow processing speed. She relied on an effective strategy of semantically organizing the information (Semantic Clustering was in the superior average), suggesting very good verbal organization skills that likely help her to compensate for some of her other difficulties. After a short-delay, both free and cued recall were in the average range, while she recalled one fewer word when cues were provided. She consolidated well the information over time: after a longer delay, both free and cued recall remained in the average range and this time she recalled one more word when the cues were provided. Delayed recognition memory for the word list was in the average range; she accurately identified all of the 16 target words, but made 3 false-positive errors. Her performance on a forced-choice recognition test was within normal limits.

On a visual memory test (RCFT), her performance was overall weaker and reflected her difficulties with other visual-spatial tests and with perceptual organization. Both immediate and delayed recall of a complex drawing were in the low average range. Delayed recognition memory of the drawing details was in the average range. She accurately recognized 10 of the 12 target details and did not make any false-positive errors.

**Executive Functioning (working memory, attention/concentration, fluency, inhibition, monitoring, planning, concept formation, set shifting):**
Similar to her previous evaluation, her WAIS-IV Working Memory Index performance was toward the lower end of the average range and significantly below her verbal comprehension skills. This speaks of a relative weakness in holding and operating with information in short-term memory, particularly when information is new or complex. This weakness is judged to be another factor contributing to Ms. Lewis' processing difficulties and compounding her low processing speed, particularly in reading (since weaknesses in working memory limit the amount

6

of information that she can grasp at once, which slows down her reading speed). Weaknesses in auditory working memory can also impact her ability to follow complex instructions or oral messages and likely accounts for Ms. Lewis' below average scores on tests of auditory comprehension that were reported in the previous evaluation.

Basic auditory attention (Forward Span) was at the lower end of the average range and she missed one 6-digits trial and both 7-digit trials. Mental manipulation of the order in which numbers were orally presented (Backward Span) was in the average range. However, she missed one simple 2-digit trial, suggesting lapses in concentration and mental control, while anxiety cannot be ruled out as a factor contributing to these lapses. Sequencing digits in numerical order (Sequencing Span) was also in the average range, but an inconsistent performance pattern was noticed, suggesting lapses in concentration. She appeared anxious and overwhelmed with this task, as with the other two Digit Span subtests.

Mental arithmetic (Arithmetic) was in the average range. On this subtest she reached the discontinue criterion early, but was able to solve two more problems that were administered after that point. This suggests lapses in concentration that might be associated with anxiety. She asked the examiner to repeat the question on 5 occasions. Of note, she used sub-vocalization to help herself perform mental computations.

Performance on a test of divided attention consisting of alternating connecting numbers and letters in successive order on a timed paper-and-pencil test (D-KEFS Number-Letter Sequencing) was below average, which could reflect both her slow processing speed and relative weaknesses in working memory. Response inhibition on a sensitivity-to-interference test (D-KEFS Inhibition) was way below average, while accurate. This suggests that she had significant difficulty maintaining a balance between speed and accuracy on this test.

On a computer-based measure of visual sustained attention and concentration (CPT-II), her overall performance pattern was more similar to the typical performance of the non-patient sample that to the typical ADHD profile. However, she was relatively slow in her responses and had a relatively high number of omission errors, while she was very careful about avoiding making commission errors.

She also performed well on an untimed novel problem solving test (WCST) measuring concept formation and mental set shift. On this test she was able to determine all of the 6 sorting strategies and made an average number of perseverative errors. This suggests that when she takes her time, she is able to process information strategically and uses feedback well to adjust her problem solving strategy.

On a self-report inventory of executive functioning problems (BRIEF-A; self-report), Ms. Lewis did not present with scale elevations suggesting that she views herself as relatively free from significant dysexecutive problems.

On an ADHD symptom checklist, Ms. Lewis did not endorse any significant inattention or hyperactive/impulsive symptoms that she has been experiencing on a regular basis over the past 6 months. Similarly, on a retrospective symptom checklist ADHD measure, she did not endorse

any inattention or hyperactive/impulsive symptoms as a child. Fully consistent with her daughter's report, on a collateral ADHD retrospective measure, Ms. Lewis's mother did not endorse any significant inattention or hyperactive/impulsive symptoms in reference to Ms. Lewis as a child. Taken together and along with her developmental and academic history, these findings are not consistent with an ADHD diagnosis.

**Achievement Measures:**
Selected subtests from WJ-III (Achievement Battery), and Nelson-Denny Reading Comprehension Test were administered for an in-depth assessment of Ms. Lewis's academic achievement in the areas of basic reading, reading comprehension, academic fluency, and spelling.

*Reading*
Assessment in the area of reading included measures of single word reading, single word decoding, reading comprehension, and reading fluency.
      Basic Reading
Ms. Lewis's performance on the WJ-III Letter-Word Identification subtest, which required her to read single words aloud, was toward the lower end of the average range which was more than one standard deviation below her WAIS-IV Verbal Comprehension Index and similar to her performance on the same test in 2010. On this subtest her word reading was slow and choppy at times, and she struggled visibly with the more complex, low frequency, multi-syllable words. Thus, she reached the discontinuation criteria early. Of note, she exhibited frustration with this test. Ms. Lewis's performance on the Word Attack subtest, which required her to read nonsense words aloud, was also at the lower end of the average range (and way below verbal comprehension skills). Her performance pattern on this subtest was uneven, because she missed 4 relatively simple non-words. She also missed most complex, multi-syllable pseudowords. Again, she was slow and hesitant on this test and her word decoding often sounded dysfluent. These findings suggest that she still has difficulty with phonological decoding and reading automaticity, which impacts her reading effectiveness. Consistent with this idea, a timed test measuring reading fluency at the sentence level (WJ-III Reading Fluency) was below average/low average range. A measure of spelling (WJ-III Spelling) was at the higher end of the average range.
      Higher Reading Skills
Ms. Lewis' performance on an untimed measure of reading comprehension (WJ-III Passage Comprehension) was in the average range and similar to her performance on the same test that was administered in 2013, but weaker than her verbal comprehension skills. She was asked to read short passages and identify missing key words that make sense in the context of the passages. She was very slow on this test and read each passage a few times before responding. Also, she missed a basal item and thus she was administered a few items below her age level.

Ms. Lewis also took a timed reading test (Nelson-Denny Reading Test: Reading Comprehension) that requires reading passages and answering questions about them in a multiple choice format. This test measures the ability to apply verbal comprehension skills to readings under time constraints. Not surprisingly, her reading rate was much below average (8th percentile) and consistent with the reading rate reported in the past evaluation. Also, she only completed 28 out of 38 items within the allotted time (20 minutes; performance in the 23rd percentile), while she

missed only one question. This performance was very similar to her performance on the previous evaluation in 2010. She needed an additional 7 minutes to finish the test, and her performance increased significantly in the extended time condition (62nd percentile). These findings strongly suggest that Ms. Lewis is an accurate reader if she is provided with additional time to process written information.

**Emotional Functioning:**
On self-report screening measures (BDI-II and BAI) of emotional functioning, Ms. Lewis' responses were not suggestive of elevations in anxious or depressive symptomatology. However, on a self-report measure of emotional, cognitive, somatic, and behavioral aspects of testing anxiety (Test Anxiety Inventory), Ms. Lewis endorsed many symptoms of anxiety in academic testing situations. In particular, she endorsed experiencing thought disruptions (e.g., "I sometimes seem to defeat myself (think negative thoughts) whole working on an important test") and disturbing emotions (e.g., "I have a hollow, uneasy feeling before taking a test") when taking tests, but also physical reactions (e.g., "My stomach becomes upset before important tests"). Her responses also revealed that her test anxiety is associated with concerns about: (1) self-image (e.g., "If I do not do well on a test, I guess it will mean I am not as smart as I thought I was"); (2) insecurity about her professional future (e.g., "Knowing that my future depends in part on doing well on tests upsets me"); and (3) how she will be viewed by other people if she does poorly (e.g., "People will question my ability if I do poorly"). These findings are consistent with Ms. Lewis' reported anxiety around exams, which is a factor deriving from but also compounding her processing difficulties.

**SUMMARY AND DIAGNOSTIC IMPRESSIONS**
Ms. Lewis is a 33 year-old, unmarried, female, who works as a clinical researcher. She has a longstanding history of reading difficulties and testing anxiety and carries a diagnosis of reading disorder. She referred herself for a psychological evaluation to assess her cognitive and academic strengths and weaknesses.

The current evaluation revealed **relative strengths** in verbal comprehension and verbal organization skills. Also, she performed well on an untimed test of concept formation and mental set shift. On the other hand, and consistent with the previous evaluation findings in 2010, Ms. Lewis exhibited significant difficulties with timed tests reflecting her **slow pace of processing information**, particularly when information is new or complex. This was also reflected in her relatively lower performance on timed tests of visual-spatial functioning. Her slow processing speed is judged to be a major factor contributing to her reported difficulties with reading and taking exams, and with her suboptimal effectiveness in completing tasks. Additionally, she presented with specific **language-based difficulties** (relatively slow access of lexical information from long-term memory and relatively weaker performance on tests of word reading and phonological decoding suggesting that her reading is not completely automatic). Reflecting the confluence of all these difficulties, her performance on tests of **reading** was weaker and below her verbal comprehension skills. This was evident in her relatively low performance on tests of reading speed, but also on tests of reading comprehension (where she performed below average on a timed test, but average when she was provided with additional time and on an untimed test). This strongly suggests that she needs additional time to process written information, as compared to her peers.

Additionally, Ms. Lewis presents with significant **performance anxiety** deriving from and compounding her processing difficulties, and leading to decreased effectiveness. For instance, there was evidence during the current evaluation that her anxiety impacts her attention/concentration and ability to hold and operate with information in short-term memory. Also, anxiety can contribute to her detail-focused processing style, which slows her down even more when processing information.

There was no significant history of ADHD, and thus ADHD is ruled out as a factor etiologic, while there is little doubt that she presents with lapses in attention/concentration (which is common for people who have a reading disorder).

In summary, the current evaluation suggests the Ms. Lewis presents with a **language-based disorder** that still significantly impact her task effectiveness. It is again noted that her difficulties likely continue to impact her reading comprehension and speed, particularly when she needs to process complex verbal information.

**Diagnostic Impressions:**
> *315.00 Specific Learning Disorder, With impairment in reading (word reading accuracy; reading rate or fluency), Mild*
> *300.00 Unspecified Anxiety Disorder (test/performance anxiety)*

**RECOMMENDATIONS**:
(1) Recommended **academic accommodations** include:

> (a) Due to her difficulties with processing speed and reading, Ms. Lewis needs additional time to process written information. Thus, **extended time (50% more time)** for in class examinations and standardized exams is recommended as an accommodation. Ms. Lewis could use this extra-time to read information more than one time, to slow down and break information in pieces for easier processing, and to use meta-cognitive strategies to improve comprehensions (e.g., strategic reading).

> (b) Due to her testing anxiety leading to distractibility, she can benefit from being examined in a **quiet**, **private room**.

> (c) She could benefit from having **copies** of the professors' overheads, PowerPoint presentations or handouts ahead of time to help her follow the lectures in class.

> (d) Access to **textbooks or readings in audio format** is recommended, given her difficulty with reading.

> (e) Also, **recording lectures** is recommended given her language processing and working memory problems.

> (f) She can also benefit from the services of a **note taker**, given her processing difficulties.

(g) Preferential **seating in front of the class** is recommended in order to improve reception of information.

(2) Ms. Lewis is encouraged to work with a **language/speech pathologist** in order to improve her reading and processing difficulties.

(3) She is much encouraged to receive **counseling** to improve her testing anxiety.

(4) Recommendations to improve Ms. Lewis's **academic effectiveness** include:

    (a) Ask for help from instructors, significant others, and peers when pressure becomes high and she feels overwhelmed.

    (b) Focus on only one task for a period of time

    (c) Ms. Lewis may benefit from breaking tasks or information down into smaller steps or chunks. This will help limit the demands placed on her working memory at any given time.

    (a) Develop time lines for completing tasks, particularly for long-term tasks such as projects or term papers. Break long-term tasks into sequential steps, with timelines for completion of each step.

    (d) When reading, she may want to cover the page and look at only one line at a time (she may use a ruler for this purpose).

    (e) To improve **test-taking** skills and **testing anxiety**, Ms. Lewis may find the material on this website useful: http://www.testtakingtips.com/

(5) She may find helpful using **assistive technology** for her reading and writing difficulties:

1. For **reading** difficulties, she may use a "text to speech" software, such as "Natural Reader" (http://www.naturalreaders.com/). See also applications such as www.bookshare.org/; www.kurzweiledu.com/default.html  for textbooks in audio format).

2. A list of phone apps that can be used to improve writing is available through the National Center for Learning Disabilities:

   http://www.ncld.org/students-disabilities/assistive-technology-education/apps-students-ld-dysgraphia-writing-difficulties

(6) More information about **reading disorders** can be found here: www. LDOnline.org. Also, she may benefit from reading these books that include useful information about coping with learning disorders:

Shapiro, J., & Rich, R. (1999). *Facing learning disabilities in the adult years*, New York: Oxford University Press

Shaywitz, S. (2003). *Overcoming dyslexia.* New York: Alfred A. Knopf.

Nicolae Dumitrascu, Ph.D.
Clinical Psychologist
MA License #9738

## SUMMARY OF TEST RESULTS

| | | | |
|---|---|---|---|
| **Patient Name:** | Sharmaine Lewis | | |
| **Dates of Evaluation:** | 6/25; 6/29; 6/30/2015 | **Sex:** | Female |
| **Date of Birth:** | ▮▮▮▮▮ | **Age:** | 33 |
| **Education:** | 18 years | **Lateral Dominance:** | Right-handed |
| **Occupation:** | Researcher | **Referred By:** | Self-referred |

IQ, Index, and Standard Scores: Mean = 100; Standard Deviation = 15
Scaled Scores: Mean = 10; Standard Deviation = 3
Z scores: Mean = 0; Standard Deviation = 1
T scores: Mean = 50; Standard Deviation = 10
WNL = Within Normal Limits

## General Intellectual Ability:

| *Wechsler Adult Intelligence Scale – IV (WAIS-IV):* | IQ Scores/ Index Score | Percentile |
|---|---|---|
| Full Scale IQ | n/a * | n/a |
| General Ability Index | n/a * | n/a |

\* *Not reported due to significant inter-index discrepancy scores*

| | Index Scores Age Scaled Scores | Percentile |
|---|---|---|
| **Verbal Comprehension Index** | **116** | **86** |
| Vocabulary | 13 | 84 |
| Similarities | 13 | 84 |
| Information | 13 | 84 |
| **Perceptual Reasoning Index** | **n/a *** | **n/a** |
| Visual Puzzles | 6 | 9 |
| Block Design | 7 | 16 |
| Matrix Reasoning | 11 | 63 |
| **Working Memory Index** | **92** | **30** |
| Arithmetic | 9 | 37 |
| Digit Span | 8 | 25 |
| **Processing Speed Index** | **n/a** | **n/a** |
| Coding | 9 | 37 |
| Symbol Search | 5 | 5 |

\* *Not reported due to significant intra-index discrepancy scores*

| *Woodcock-Johnson Tests of Cognitive Abilities- III* | Index Score | Percentile |
|---|---|---|
| Rapid Picture Naming | 75 | 5 |

## Academic Achievement:

*Nelson Denny Reading Test (Form G): Based on Grade 16 (End of the Year) Norms*

| | Raw Score | Percentile | Scale Score | Grade Equivalent |
|---|---|---|---|---|

13

| Comprehension (No. Correct x 2) | | | | |
|---|---|---|---|---|
| Standard Time@ | 54 | 23 | 216 | 14.1 |
| Extended Time* | 72 | 62 | 238 | 17.7 |
| Reading Rate | 164 | 8 | 183 | n/a |

Note: @ She completed 28 out of 38 items in 20 minutes.
     * She needed an additional 7 more minutes to finish the test

| Woodcock-Johnson Tests of Achievement- IV (WJ-IV) | Standard Score | Percentile |
|---|---|---|
| **Broad Reading** | **90** | **24** |
| Letter-Word Identification | 94 | 34 |
| Word Attack | 91 | 28 |
| Passage Comprehension | 98 | 45 |
| **Academic Fluency** | **84** | **15** |
| Writing Fluency | 95 | 36 |
| Reading Fluency | 85 | 15 |
| Math Fluency | 90 | 25 |
| Spelling | 109 | 73 |

## Attention/Concentration and Executive Functioning:

| Wechsler Adult Intelligence Scale, Fourth Edition (WAIS-IV): | Longest Digit Span (Age Scaled Score) | Percentile |
|---|---|---|
| Digit Span: Forward Span | 6 (8) | 25 |
| Backward Span | 5 (9) | 37 |
| Sequencing | 6 (9) | 37 |

| Conner's Continuous Performance Test- II (CPT-II) (ADHD Confidence Index was 67% Non-Clinical) | T- score | Descriptor |
|---|---|---|
| Omissions | 60 | Mildly Atypical |
| Commissions | 38 | Good Performance |
| Hit RT | 66 | Atypically Slow |
| Variability | 59 | Mildly Atypical |
| Detectability (d') | 36 | Good Performance |
| Perseverations | 63 | Mildly Atypical |
| Hit RT Block Change | 52 | Average |
| Hit SE Block Change | 55 | Average |
| Hit RT ISI Change | 37 | Good Performance |
| Hit SE ISI Change | 35 | Very Good Performance |

| Behavior Rating Inventory of Executive Function- Adult Version (BRIEF-A) | T- scores (T-scores Informant) | Descriptor (Descriptor per Informant) |
|---|---|---|
| Behavioral Regulation Index | **39** | **WNL** |
| Inhibit | 37 | WNL |
| Shift | 48 | WNL |
| Emotional Control | 41 | WNL |
| Self-Monitor | 37 | WNL |
| Metacognition Index | **40** | **WNL** |
| Initiate | 37 | WNL |
| Working Memory | 43 | WNL |
| Plan/Organize | 42 | WNL |
| Task Monitor | 51 | WNL |
| Organization of Materials | 40 | WNL |

14

| *Delis-Kaplan Executive Function System (D-KEFS):* | Raw Scores (Age Scaled Score) | Range |
|---|---|---|
| Trail Making: Visual Scanning | 27" 1 error (8) | Average |
| Trail Making: Number Sequencing | 53" 0 errors (4) | Borderline |
| Trail Making: Letter Sequencing | 50" 0 errors (5) | Borderline |
| Trail Making: Number-Letter Sequencing | 120" 0 errors (6) | Below Average |
| Trail Making: Motor Speed | 76" 0 errors (3) | Low |
| Verbal Fluency: Letter Fluency | 29 (7) | Low Average |
| Verbal Fluency: Category Fluency | 33 (7) | Low Average |
| C-W Interference Test: Color Naming | 48" 1 error (1) | Very Low |
| C-W Interference Test: Word Reading | 34" 0 errors (3) | Very Low |
| C-W Interference Test: Inhibition | 81" 1 error (3) | Very Low |

| *Wisconsin Card Sorting Test (WCST):** | Raw Scores | Percentile |
|---|---|---|
| Total Categories Completed | 6 | > 16 |
| Total Perseverative Errors/# of Trials | 6/81 (T = 47) | 37 |
| Failures to Maintain Set | 0 | > 16 |

*\* Based on Age & Education Demographically Corrected Norms*

## Memory and Learning:

| *California Verbal Learning Test – II (CVLT-II):* | Raw Scores (Z-score) | Descriptor |
|---|---|---|
| Acquisition | 54/80 (T = 49) | Average |
| Trial 1 | 7/16 (0.5) | Average |
| Short-Delay Free Recall | 14/16 (0.5) | Average |
| Short-Delay Cued Recall | 13/16 (0) | Average |
| Long-Delay Free Recall | 13/16 (0) | Average |
| Long-Delay Cued Recall | 14/16 (0) | Average |
| Semantic Clustering | 4.2 (1.5) | Superior |
| Total Repetitions | 8 (0.5) | Average |
| Total Intrusions | 14 (2) | Borderline |
| Recognition | 16/16 (0) | Average |
| Total False-Positive Errors | 3 (1) | Low Average* |
| Discriminability (d') | 3.2 (-0.5) | Average |
| Forced Choice Recognition | 16/16 | WNL |

*\* Reversely scored*

15

| *Rey Complex Figure Stimulus Test (RCSFT)* | Raw Scores (T-score/perc.) | Range |
|---|---|---|
| Copy | 33 (6-10th perc.) | Borderline |
| Immediate Recall | 19.5 (42) | Low Average |
| Delayed Recall | 19.5 (41) | Low Average |
| Recognition Total Correct | 22 (54) | Average |
| False-Positive Errors | 0 (> 16th perc.) | WNL |

| **Emotional Functioning:** | Raw Scores | Descriptor |
|---|---|---|
| *Beck Depression Inventory (BDI-II)* | 1 | WNL |
| *Beck Anxiety Inventory (BAI)* | 2 | WNL |

| *Test Anxiety Inventory* | Raw Scores |
|---|---|
| Bodily Reactions | 6/7 |
| Thought Disruptions | 9/10 |
| General test-taking anxiety | 6/6 |

16