# EXHIBIT 14

**Advanced Placement Program®**
**THE COLLEGE BOARD**

**SCHOOL GRADE REPORT**

| CANDIDATE NAME AND ADDRESS | | | SEX | BIRTH DATE | SOCIAL SECURITY NUMBER | AP NUMBER | GRADE WHEN LAST EXAMINED | EXPECTED DATE OF COLLEGE ENTRANCE | DATE OF THIS REPORT |
|---|---|---|---|---|---|---|---|---|---|
| Last | First | M.I. | | | | | | | |
| LEWIS | SHARMAINE | A | F | ■ | ■ | ■ | 12TH | FALL 00 | 06/28/00 |

APPLYING FOR SOPHOMORE STANDING: **YES**

ADVANCED PLACEMENT (AP®) EXAMINATIONS GRADING SCALE:
5 = EXTREMELY WELL QUALIFIED    3 = QUALIFIED    1 = NO RECOMMENDATION
4 = WELL QUALIFIED    2 = POSSIBLY QUALIFIED

| YEAR TAKEN | NAME OF EXAMINATION | GRADE | SPECIFIC COURSES EXEMPTED | CREDIT AWARDED | YEAR TAKEN | NAME OF EXAMINATION | GRADE | SPECIFIC COURSES EXEMPTED | CREDIT AWARDED | TYPE OF CREDIT |
|---|---|---|---|---|---|---|---|---|---|---|
| 00 | BIOLOGY | 1 | | | | | | | | ☐ Semester Hrs. |
| 00 | ENG LIT/COMP | 2 | | | | | | | | ☐ Quarter Hrs. |
| 00 | GOVT&POL US | 2 | | | | | | | | ☐ Other |
| 00 | CALCULUS AB | 3 | | | | | | | | SOPHOMORE STANDING ☐ Yes ☐ No |

College Code and Address: ■    3901    School Code and Address: ■

JAMAICA HIGH SCHOOL
167-01 GOTHIC DRIVE
JAMAICA, N.Y. 11432

*Season (Fall = Fall, W/S = Winter/Spring, Sum = Summer, Und = Undecided) and/or year designated by student.

18002.ELX442-15487.AP810F.03/25/99

PL000047



# SAT PROGRAM

## Your Scores

**Test Date: JUNE 1999**
R = Recentered score (test dates on or after April 1, 1995)

| SAT I: Reasoning Test | Score | Score Range | Percentiles College-bound Seniors | |
|---|---|---|---|---|
| | | | National | State |
| Verbal | R 490 | 460-520 | 43 | 47 |
| Math | R 510 | 480-540 | 49 | 52 |

**STUDENT SCORE REPORT**
REPORT DATE: 6/17/99
**(HIGH SCHOOL COPY - 332560)**

Seq#0294098
SHARMAINE A. LEWIS

*[JAMAICA HIGH SCHOOL stamp: 167-01 GOTHIC DRIVE, JAMAICA, N.Y. 11432]*

### WHAT DOES YOUR SCORE RANGE MEAN?
No single numerical score can exactly represent your reasoning skills. If you had taken different editions of the test within a short period of time, your performance would probably vary somewhat on the 200 to 800 scale.

### HOW DO YOU COMPARE WITH COLLEGE-BOUND SENIORS?
Percentiles indicate what percentage of test takers earned a score lower than yours. The national percentile for your verbal score of 490 is 43, indicating you did better than 43 % of the national group of college-bound seniors. The national percentile for your math score of 510 is 49, indicating you did better than 49 % of the national group of college-bound seniors.

### DID YOU DO BETTER IN VERBAL OR MATH?
Your scores indicate that you performed similarly on the math test and the verbal test.

### WHAT'S THE AVERAGE VERBAL OR MATH SCORE?
For college-bound seniors in the class of 1998, the average verbal score was 505 and the average math score was 512.

### WILL YOUR SCORES CHANGE IF YOU TAKE THE TEST AGAIN?
If you take the test again, especially if you study between now and then, your scores may go up.

Among students with verbal scores of 490, 56% score higher on a second testing, 35% score lower, and 9% receive the same score. On average, a person with a verbal score of 490 gains 11 point(s) on a second testing.

Among students with math scores of 510, 57% score higher on a second testing, 34% score lower, and 9% receive the same score. On average, a person with a math score of 510 gains 12 point(s) on a second testing.

### HOW DID YOU DO ON EACH TYPE OF QUESTION?

| | Type of Question | Number Right | Number Wrong | Number Omitted | Number of Questions | Raw Score | Estimated Percentile College-bound Seniors |
|---|---|---|---|---|---|---|---|
| VERBAL | Critical Reading | 17 | 23 | 0 | 40 | 11 | 25 |
| VERBAL | Analogies | 15 | 4 | 0 | 19 | 14 | 85 |
| VERBAL | Sentence Completion | 10 | 9 | 0 | 19 | 8 | 35 |
| MATH | Arithmetic and Algebraic Reasoning | 26 | 17 | 0 | 43 | 22 | 55 |
| MATH | Geometric Reasoning | 7 | 8 | 1 | 16 | 5 | 35 |

Your responses to specific types of questions are presented as number right, number wrong, and number omitted. Raw scores are based on the specific edition of the test that you took (form code IW). You cannot compare raw scores on different editions of the test or across different types of questions. For each type of question, you can compare your performance to college-bound seniors who took this test. This percentile is an estimate of the percentage of college-bound seniors who earned a raw score lower than yours on each type of question.

## SUMMARY OF SCORES
*Register now for next year via our website at www.collegeboard.org*

| SAT I: Reasoning Test | | | | | | | SAT II: Subject Tests | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Test Date | Grade Level | Verbal | Math | Verbal Sub-scores¹ | | | Test Date | Grade Level | Test 1 | Score | Writing Subscores¹ | | Listening Subscores¹ | | Test 2 | Score | Test 3 | Score |
| | | | | Reading | Vocab. | TSWE | | | | | Multiple Choice | Writing Sample | Reading | Listening | Usage/Prof. Scores | | | | |
| Jun 99 | 11 | R 490 | R 510 | | | | | | | | | | | | | | | | |

¹Not all tests have subscores

## ID Information

To take additional tests you can reregister by mail or by phone and use Visa, MasterCard, or American Express. You will need the registration number below and the test date (see above).

To send more score reports you will need the institution's 4-digit codes. See the back of this report for instructions on how to request these services.

| Sex | Date of Birth | Social Security Number | Registration Number | Test Center Number | High School Name and Code |
|---|---|---|---|---|---|
| F | [redacted] | [redacted] | [redacted] | 33524 | JAMAICA HIGH SCHOOL   PL000049 332560 |

11016-09103/SATSR-931210

# SAT PROGRAM

**STUDENT SCORE REPORT**
REPORT DATE: 12/31/99
(HIGH SCHOOL COPY - 332560)

## Your Scores

**Test Date: DECEMBER 1999**
R = Recentered score (test dates on or after April 1, 1995)

| SAT II: Subject Tests | Score | Score Range | Percentile |
|---|---|---|---|
| Writing | R 470 | 430-510 | 13 |
| Multiple-Choice Subscore | 47 | 43-51 | NA |
| Writing Sample Subscore | 53 | 46-60 | NA |
| Amer History | R 520 | 490-550 | 25 |

See reverse side for information about these scores.

Seq# 0005508
SHARMAINE A. LEWIS

*JAMAICA HIGH SCHOOL*
*167-01 GOTHIC DRIVE*
*JAMAICA, N.Y.*

**WHAT DOES YOUR SCORE RANGE MEAN?**
No single numerical score can represent your knowledge of a particular subject. If you had taken different editions of the test within a short period of time, your performance would probably vary slightly on the 200 to 800 scale.

**HOW DO YOU COMPARE WITH COLLEGE-BOUND SENIORS?**
Percentiles indicate what percentage of test takers who chose to take this particular Subject Test earned a score lower than yours. Percentiles may not be reported if you took a new Subject Test because they are not yet available. Please see your guidance counselor for more interpretive information.

**WILL YOUR SCORES CHANGE IF YOU TAKE THE TEST AGAIN?**
The Subject Tests measure your knowledge of a particular subject. If you continue to study the subject and take the test again, your score should reflect your increased knowledge. If you take the test again without any additional preparation, your score should vary, with some scores higher and some lower.

**WHAT'S THE AVERAGE SUBJECT TEST SCORE?**
Many people think it's 500. NOT true! The average score varies from test to test. Refer to the reverse side of this report to find the average score on the test you took.

**WHAT DO YOUR WRITING SUBSCORES TELL YOU?**
Subscores for the Writing Test are reported on a scale of 20 (lowest) to 80 (highest). They reflect your ability to recognize faults in usage and structure and to express ideas clearly and effectively. Your Subject Test score is not an average of the subscores.

## HOW DID YOU DO ON EACH TYPE OF QUESTION?

| Type of Question | Number Right | Number Wrong | Number Omitted | Number of Questions | Raw Score | Estimated Percentile College-bound Seniors |
|---|---|---|---|---|---|---|
| Identifying Sentence Errors | 8 | 19 | 3 | 30 | 3 | 05 |
| Improving Sentences | 11 | 7 | 0 | 18 | 9 | 35 |
| Improving Paragraphs | 5 | 4 | 3 | 12 | 4 | 05 |
| Writing Sample (raw score range for writing sample is 2-12) | | | | 1 | 7 | NA |

Your responses to specific types of questions are presented as number right, number wrong, and number omitted. Raw scores are based on the specific edition of the test that you took (form code VF). You cannot compare raw scores on different editions of the test or across different types of questions. For each type of question, you can compare your performance to college-bound seniors who took this test. This percentile is an estimate of the percentage of college-bound seniors who earned a raw score lower than yours on each type of question.

## SUMMARY OF SCORES

| SAT I: Reasoning Test | | | | | | | SAT II: Subject Tests | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Test Date | Grade Level | Verbal | Math | Verbal Subscores¹ Reading | Vocab. | TSWE | Test Date | Grade Level | Test 1 | Score | Writing Subscores¹ Multiple Choice | Writing Sample | Listening Subscores¹ Reading | Listening | Usage/Prof. Scores | Test 2 | Score | Test 3 | Score |
| Nov 99 | 11 | R 470 | R 520 | | | | Dec 99 | 12 | Writing | R 470 | 47 | 53 | | | | Amer History | R 520 | | |
| Jun 99 | 11 | R 490 | R 510 | | | | | | | | | | | | | | | | |

¹Not all tests have subscores

## ID Information

To take additional tests you can reregister by mail or by phone and use Visa, MasterCard, or American Express. You will need the registration number below and the test date (see above).

To send more score reports you will need the institution's 4-digit codes. See the back of this report for instructions on how to request these services.

| Sex | Date of Birth | Social Security Number | Registration Number | Test Center Number | High School Name and Code |
|---|---|---|---|---|---|
| F | [redacted] | [redacted] | [redacted] | 33524 | JAMAICA HIGH SCHOOL   PL000050 32560 |

11016-09103/SATSR-931210



# STUDENT SCORE REPORT
REPORT DATE: 2/03/00
**(HIGH SCHOOL COPY - 332560)**

## Your Scores

**Test Date: JANUARY 2000**
R = Recentered score (test dates on or after April 1, 1995)

| SAT II: Subject Tests | Score | Score Range | Percentile |
|---|---|---|---|
| Writing | R 520 | 480-560 | 25 |
| Multiple-Choice Subscore | 53 | 49-57 | NA |
| Writing Sample Subscore | 51 | 44-58 | NA |
| Math IC | R 520 | 490-550 | 25 |

See reverse side for information about these scores.

Seq#0125941
SHARMAINE A. LEWIS

JAMAICA HIGH SCHOOL
167-01 GOTHIC DRIVE
JAMAICA, N.Y.

### WHAT DOES YOUR SCORE RANGE MEAN?
No single numerical score can represent your knowledge of a particular subject. If you had taken different editions of the test within a short period of time, your performance would probably vary slightly on the 200 to 800 scale.

### HOW DO YOU COMPARE WITH COLLEGE-BOUND SENIORS?
Percentiles indicate what percentage of test takers who chose to take this particular Subject Test earned a score lower than yours. Percentiles may not be reported if you took a new Subject Test because they are not yet available. Please see your guidance counselor for more interpretive information.

### WILL YOUR SCORES CHANGE IF YOU TAKE THE TEST AGAIN?
The Subject Tests measure your knowledge of a particular subject. If you continue to study the subject and take the test again, your score should reflect your increased knowledge. If you take the test again without any additional preparation, your score should vary, with some scores higher and some lower.

### WHAT'S THE AVERAGE SUBJECT TEST SCORE?
Many people think it's 500. NOT true! The average score varies from test to test. Refer to the reverse side of this report to find the average score on the test you took.

### WHAT DO YOUR WRITING SUBSCORES TELL YOU?
Subscores for the Writing Test are reported on a scale of 20 (lowest) to 80 (highest). They reflect your ability to recognize faults in usage and structure and to express ideas clearly and effectively. Your Subject Test score is not an average of the subscores.

## HOW DID YOU DO ON EACH TYPE OF QUESTION?

| Type of Question | Number Right | Number Wrong | Number Omitted | Number of Questions | Raw Score | Estimated Percentile College-bound Seniors |
|---|---|---|---|---|---|---|
| Identifying Sentence Errors | 16 | 13 | 1 | 30 | 13 | 35 |
| Improving Sentences | 7 | 10 | 1 | 18 | 5 | 15 |
| Improving Paragraphs | 7 | 4 | 1 | 12 | 6 | 35 |
| Writing Sample (raw score range for writing sample is 2-12) | | | | 1 | 7 | NA |

Your responses to specific types of questions are presented as number right, number wrong, and number omitted. Raw scores are based on the specific edition of the test that you took (form code WA). You cannot compare raw scores on different editions of the test or across different types of questions. For each type of question, you can compare your performance to college-bound seniors who took this test. This percentile is an estimate of the percentage of college-bound seniors who earned a raw score lower than yours on each type of question.

## SUMMARY OF SCORES

| SAT I: Reasoning Test | | | | | | | SAT II: Subject Tests | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Verbal Sub-scores[1] | | | | | | Writing Subscores[1] | | Listening Subscores[1] | | | | |
| Test Date | Grade Level | Verbal | Math | Reading | Vocab. | TSWE | Test Date | Grade Level | Test 1 | Score | Multiple Choice | Writing Sample | Reading | Listening | Usage/Prof. Scores | Test 2 | Score | Test 3 | Score |
| Nov 99 | 11 | R 470 | R 520 | | | | Jan 00 | 12 | Writing | R 520 | 53 | 51 | | | | Math IC | R 520 | | |
| Jun 99 | 11 | R 490 | R 510 | | | | Dec 99 | 12 | Writing | R 470 | 47 | 53 | | | | Amer History | R 520 | | |

[1] Not all tests have subscores

## ID Information

To take additional tests you can reregister by mail or by phone and use Visa, MasterCard, or American Express. You will need the registration number below and the test date (see above).

To send more score reports you will need the institution's 4-digit codes. See the back of this report for instructions on how to request these services.

| Sex | Date of Birth | Social Security Number | Registration Number | Test Center Number | High School Name and Code |
|---|---|---|---|---|---|
| F | | | | 33522 | JAMAICA HIGH SCHOOL    PL000051 332560 |

11016-09103/SATSR-931210