## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

SHARMAINE LEWIS,

      Plaintiff,

    v.

NATIONAL BOARD OF OSTEOPATHIC,
MEDICAL EXAMINERS, INC.,

      Defendant.

Case No. 21-cv-00181-RLY-MJD

## DECLARATION OF JED G. MAGEN, DO, MS

I, Jed G. Magen, DO, MS, based upon my personal knowledge, declare:

1.    I am an Associate Professor and Chair of the Department of Psychiatry at the

Colleges of Human Medicine and Osteopathic Medicine, Michigan State University. A copy of

my current *Curriculum Vita* is included with this Declaration.

2.    I am also Chair of the Testing Accommodations Committee ("TAC") of the

National Board of Osteopathic Medical Examiners, Inc. ("NBOME"), and have continuously

served as Chair of TAC for many years to the present.

3.    TAC includes dedicated DO physicians and others who regularly meet to consider

and act upon applications of medical students and graduates ("candidates") who apply to

NBOME for testing accommodations under the Americans with Disabilities Act ("ADA").

4.    All applications for test accommodations are processed and reviewed by NBOME

staff and TAC members are provided with access to all relevant documentation submitted by the

candidate on a secure website for TAC members only.  These applications and accompanying

documentation are carefully considered by TAC and its members, including myself. NBOME or

TAC will sometimes refer a candidate's application to an outside independent expert consultant

for a test accommodation review. Any information, report or recommendation by an outside
independent expert provided to TAC is and will be considered by TAC but all decisions for test
accommodations present to TAC are made solely by TAC.

5.     In May 2017, as Chair and member of TAC, I participated in the consideration of
the application of Sharmaine Lewis for test accommodations for the COMLEX-USA Level 1
examination. After careful consideration of Ms. Lewis' application and the documentation she
submitted with her applications, and consideration of the Test Accommodation Review report of
Joseph Bernier, Ph.D., TAC unanimously denied her request for extended time accommodations.

6.     In March 2019, as Chair and member of TAC, I participated in the consideration of
the application of Sharmaine Lewis for test accommodations for the COMLEX-USA Level 2-CE
examination. After careful consideration of Ms. Lewis' application and the documentation she
submitted with her applications, and consideration of the Test Accommodation Review report of
Dr. Bernier, TAC unanimously denied her request for extended time accommodations.

7.     A copy of NBOME's Test Accommodations Policy No. 2618 is included with this
Declaration and marked as NBOME 00007-00008.

I declare under penalty of perjury that the foregoing is true and correct.

Date: April 28, 2021.

                                    /s/ Jed G. Magen, DO, MS
                                    Jed G. Magen, DO, MS

## JED GARY MAGEN, DO, MS

| | |
|---|---|
| Work Address: | East Fee Hall<br>965 Wilson Road A222<br>East Lansing, MI 48824<br>(517) 353-4363 |
| Birthdate: | May 10, 1953 |
| Birthplace: | Des Moines, Iowa |
| Marital Status: | Married - Carol Ann Barrett |

### EDUCATION

| | |
|---|---|
| 1975 | B.A., Oakland University, Psychology, Rochester, Michigan |
| 1975-1978 | D.O., College of Osteopathic Medicine and Surgery, Des Moines, Iowa |
| 1978-1979 | Intern, Botsford General Hospital, General Rotating Internship, Farmington Hills, Michigan |
| 1982-1984 | Resident, University of Michigan, Department of Psychiatry, General Psychiatry, Ann Arbor, Michigan |
| 1984-1986 | Child Psychiatry Fellowship, University of Michigan, Department of Psychiatry, Division of Child Psychiatry, Ann Arbor, Michigan |

### POST-GRADUATE TRAINING

| | |
|---|---|
| 1986-1988 | Senior Research Fellow, Institute for Social Research, University of Michigan, Ann Arbor, Michigan |
| 2003 | Master of Science in Health Care Management, University of Texas at Dallas School of Management |

### LICENSURE

Michigan, Osteopathic Medicine and Surgery, #007621,

### CERTIFICATION

Diplomate, National Board of Examiners in Osteopathic Medicine and Surgery

Board-Certified - General Psychiatry, American Osteopathic Board of Psychiatry and Neurology, 1989

Vitae: Jed Gary Magen, D.O.                                                                   2

Board-Certified - Child and Adolescent Psychiatry, American Osteopathic Board of Psychiatry and
Neurology, 1992

Board-Certified - General Psychiatry, American Board of Psychiatry and Neurology, 1990, ABPN
certificate no. 33265

Board-Certified - Child and Adolescent Psychiatry, American Board of Psychiatry and
Neurology, 1992, ABPN certificate no. 3037

## ACADEMIC APPOINTMENTS

| | |
|---|---|
| 1986-1988 | Clinical Instructor, Adolescent Psychiatry Service, Pediatric Consultation-Liaison Service, Child and Adolescent Outpatient Clinic, University of Michigan, Ann Arbor, Michigan |
| 1988-1995 | Assistant Professor, Fixed Term appointment, Department of Psychiatry, Michigan State University, East Lansing, Michigan |
| 1995-present | Assistant Professor, Tenure Track Appointment, Department of Psychiatry, Michigan State University, East Lansing, Michigan |
| 1990-1995 | Clinical Assistant Professor of Health Behavioral Sciences School of Health Sciences, Oakland University, Rochester, Michigan |
| 2001 | Associate Professor with Tenure, Department of Psychiatry, Michigan State University, East Lansing, Michigan |
| Associate | Consortium for Multicultural Psychiatry Research, Department of Psychology, Michigan State University |

## ACADEMIC LEADERSHIP APPOINTMENTS

| | |
|---|---|
| 1983-1984 | Chairman, Ad-Hoc Committee on Medical Records, University of Michigan, Ann Arbor, Michigan |
| 1984-1985 | Chief Resident, Child and Adolescent Psychiatry Service, University of Michigan, Ann Arbor, Michigan |
| 1984-1985 | Chairman's Advisory Council, University of Michigan, Ann Arbor, Michigan |
| 1984-1985 | Child Psychiatry Outpatient Administration Committee, University of Michigan, Ann Arbor, Michigan |
| 1984-1986 | Resident Education Committee, University of Michigan, Ann Arbor, Michigan |
| 1985-1986 | Departmental Operating Committee, University of Michigan, Ann Arbor, Michigan |

Vitae: Jed Gary Magen, D.O.                                                                                      3

| | |
|---|---|
| 1985-1986 | Departmental Chief Resident, Department of Psychiatry, University of Michigan, Ann Arbor, Michigan |
| 1989-1993 | Director of Psychiatry Medical Student Education, Michigan Hospital and Health Care Center, Detroit, Michigan |
| 1991-2011 | Residency Education Director, Department of Psychiatry, Michigan State University, East Lansing, Michigan |
| 1992-1994 | Member, College of Osteopathic Medicine Dean's Advisory Committee, Michigan State University, East Lansing, Michigan |
| 1993-1995 | Chair, College of Osteopathic Medicine Admissions Committee, Michigan State University, East Lansing, Michigan |
| 1993-Present | Member, College of Human Medicine Graduate Medical Education Committee, Michigan State University, East Lansing, Michigan |
| 1996-Present | Member, Ambulatory Care Curriculum Advisory Board, College of Osteopathic Medicine, Michigan State University, East Lansing, Michigan |
| 1997-1998 | Director, Outpatient Operations, Department of Psychiatry, Michigan State University, East Lansing, Michigan |
| 1998 | Member, Ad Hoc College Budget Advisory Council |
| 1999 | Psychiatry Department Representative, College of Osteopathic Medicine Clinical Clerkship Oversight Committee |
| 2000-2001 | Chair, College Advisory Council, College of Osteopathic Medicine, Michigan State University, East Lansing, Michigan |
| 2000-2002 | College Advisory Council, College of Osteopathic Medicine, Michigan State University, East Lansing, Michigan |
| 2000-Present | College Informatics Committee, College of Osteopathic Medicine, Michigan State University, East Lansing, Michigan. |
| 2000 | Chair, Internal Review Committee Cardiology Residency, Graduate Medical Education Committee, College of Human Medicine |
| 2001 | Clinicians Council, MSU Health Team |
| 2001 | Member, Internal Review Committee, Internal Medicine Residency, College of Human Medicine |

Vitae: Jed Gary Magen, D.O.                                                          4

| | |
|---|---|
| 2002 | Member, Ad Hoc Committee on Billing and Collecting, MSU Health Team |
| 2003 | Chair, Billing and Collections Advisory Group, MSU Health Team |
| 2003-2004 | Acting Chair, Department of Psychiatry, College of Human Medicine, College of Osteopathic Medicine, Michigan State University |
| 2003-2016 | Lead Program Director, Psychiatry, Michigan State University College of Osteopathic Medicine State Wide Campus System Psychiatry Program Assessment Committee |
| 2004-Present | Chair, Department of Psychiatry, College of Human Medicine, College of Osteopathic Medicine, Michigan State University |
| 2004 | Member, Michigan State University AHEC Advisory Board |
| 2005 | Vice President, Upper Peninsula Health Education Corporation Board of Directors |
| 2010-2011 | President, Upper Peninsula Health Education Corporation Board of Directors |
| 2013-2015 | Program Director, Detroit Wayne County Health Authority Psychiatry Residency |

## STATE AND LOCAL LEADERSHIP POSITIONS

| | |
|---|---|
| 1991-1992 | President, Spartan Child Development Center, East Lansing, Mi |
| 1996-1997 | Program Chair, Michigan Council on Child and Adolescent Psychiatry |
| 1998-1999 | Parent Advisory Council, Ingham County Intermediate School District |
| 1997-present | Member, Advisory Board, Michigan OCD Foundation, 1997 |
| 2003-2004 | Steering Committee, Ethyl and James Flinn Family Foundation, *Action Plan Development for Implementing Evidence-Based Practices for the Treatment of Major Depression, Schizophrenia, and Bipolar Disorder* |
| 2005 | Steering Committee, Ethyl and James Flinn Family Foundation, Stage Two: *Action Plan Development for Implementing Evidence-Based Practices for the Treatment of Major Depression, Schizophrenia, and Bipolar Disorder* |
| 2007-2008 | President, Michigan Psychiatric Society |
| 2009-2014 | Board member, Michigan Disabilities Rights Coalition |

Vitae: Jed Gary Magen, D.O.                                                    5

## OTHER ACADEMIC AND COMMITTEE MEMBERSHIPS

| | |
|---|---|
| 1983-1984 | Quality Assurance Committee, University of Michigan, Ann Arbor, Michigan |
| 1991-1993 | Member, College of Osteopathic Medicine Curriculum Committee, Michigan State University, East Lansing, Michigan |
| 1992-2000 | Member, Clinical and Adjunct Faculty Review Committee, Department of Psychiatry, Michigan State University, East Lansing, Michigan |
| 1992-2001 | Member, Medical Student Education Committee, Department of Psychiatry, Michigan State University, East Lansing, Michigan |
| 1997 | Member, Olin Health Center Director Search Committee |
| 1998-2002 | Member, College of Osteopathic Medicine By-Laws Committee, Michigan State University, East Lansing, Michigan |
| 1998 | Member, Department of Pediatrics Chair Search Committee, Michigan State University, East Lansing, Michigan |
| 1999-2002 | Member, Department of Psychiatry Faculty Search Committee, Michigan State University, East Lansing, Michigan |
| 2000 | Chair, Norbert Enzer Endowed Lectureship Committee, Department of Psychiatry, Michigan State University, East Lansing, Michigan |
| 2002 | Member, Educational Standards Committee, Statewide Campus System College of Osteopathic Medicine, Michigan State University |
| 2003 | Ad Hoc Committee on Student Mental Health, Michigan State University |
| 2007-2009 | Member Admissions Committee, College of Osteopathic Medicine |
| 2009-2010 | Chair, Admissions Committee, College of Osteopathic Medicine |
| 2009 | Chair, Promotions and Tenure Committee, College of Osteopathic Medicine |
| 2018 | MSU Health Care, Inc. Board of Directors |
| 2019 | Vice-Chair, Board of Directors, Michigan State University College of Osteopathic Medicine Governing Board |
| 2020 | Radiology Chair Search Committee College of Osteoapathic Medicine and College of Human Medicine |
| 2020 | Chair, 5-Year Review Committee, Family Practice Chair, College of Human Medicine |

## NON-ACADEMIC APPOINMENTS

| | |
|---|---|
| 1979-1982 | General Medical Officer, United States Public Health Service, Commissioned Officer Corps, Stockbridge Indian Health Center, Bowler, Wisconsin |
| 1979-1982 | Administrator for Outpatient Health Care Delivery, Stockbridge Indian Health Center, Bowler, Wisconsin |
| 1985-1986 | Psychiatric Consultant, Maxey Boys Training School, Department of Social Services, State of Michigan |
| 1986-1988 | Psychiatric Consultant, Huron Residential Services, Inc., Ann Arbor, Michigan |
| 1997-2004 | Child and Adolescent Psychiatric Consultant, Gratiot County Community Mental Health Center, Alma, Michigan |
| 2019 | Member, State of Michigan Health Professions Recovery Committee |

## NATIONAL LEADERSHIP APPOINTMENTS

| | |
|---|---|
| 1988-1998 | Member, Part II Committee, Psychiatry, National Board of Examiners in Osteopathic Medicine and Surgery |
| 1989 | Member, Committee on the Physically Ill Child, American Academy of Child and Adolescent Psychiatry |
| 1993-1996 | Chair, Psychiatry Test Construction Committee, Part II, National Board of Osteopathic Medical Examiners |
| 1994-1997 | Board of Governors, American College of Neuropsychiatrists |
| 1996-Present | Program Site Reviewer, Accreditation Council for Graduate Medical Education Residency Review Committee for Psychiatry |
| 1996-1998 | Member, COMLEX Part II Exam Committee National Board of Osteopathic Medicine Examiners |
| 1996-1999 | Chair, Committee on Educational Evaluation, American College of Neuropsychiatry (Reviews accreditation reports of Osteopathic psychiatry residencies and recommends accreditation status) |
| 1996-Present | Program Site Reviewer, American Osteopathic Association |
| 1996-1999 | Member, Council on Post-Doctoral Training, American Osteopathic Association |

Vitae: Jed Gary Magen, D.O.                                                                      7

| | |
|---|---|
| 1996 | External Reviewer, Psychiatry Department, University of North Texas Health Science Center, Fort Worth, Texas, July, 1996 |
| 1996 | Member, Ethics Committee, American College of Neuropsychiatrists |
| 1996 | Program Chair, Michigan Council of Child and Adolescent Psychiatrists |
| 1997-1998 | Vice President, American College of Neuropsychiatrists |
| 1997-1999 | Chair, Work Group on Graduate Medical Education Financing, American Association of Directors of Psychiatry Residency Training |
| 1998-1999 | President Elect, American College of Neuropsychiatrists |
| 1999 | Program Chair, American Osteopathic College of Neurologists and Psychiatrists Mid-Year Meeting |
| 1999 | Program Chair, American Osteopathic College of Neurologists and Psychiatrists annual meeting, American Osteopathic Association Annual Convention and Scientific Seminar |
| 1998-2001 | Member, American Association of Directors of Psychiatry Residency Training (AADPRT) Executive Council. |
| 1998-2015 | Appointed representative of the American Association of Directors of Psychiatry Residency Training Programs to Council of Academic Societies, Association of American Medical Colleges |
| 1998-1999 | Representative from the American Osteopathic Association to the Advisory Committee, Public Health Foundation/Medical Schools Collaboration-American Medical Association |
| 1998-2000 | Chair, Ad-Hoc Committee on GME Financing, American Association of Directors of Psychiatry Residency Training (AADPRT) |
| 1999-2000 | President, American College of Osteopathic Neurologists and Psychiatrists |
| 2001 | Media/Publication Editor, American Association of Directors of Psychiatry Residency Training |
| 2001 | Member, Informatics Committee, AADPRT |
| 2004 | Member, American Osteopathic Board of Neurology and Psychiatry |
| 2005 | Member, Financing Subcommittee, National Psychiatry Training Council |

Vitae: Jed Gary Magen, D.O.                                                        8

| | |
|---|---|
| 2009-present | Chair, Test Accommodations Committee, National Board of Osteopathic Medical Examiners |
| 2010-present | Executive Committee, American Association of Chairs of Departments of Psychiatry |
| 2011-2013 | Committee on Education Awards, American College of Psychiatrists |
| 2011-2018 | National Faculty Chair, Neurology and Psychiatry, National Board of Osteopathic Medical Examiners |
| 2012 | Chair, Graduate Medical Education Task Force, American Association of Directors of Psychiatry Residency Training Directors/American Psychiatric Association/ Association of Directors of Medical Education in Psychiatry/American Association of Chairs of Departments of Psychiatry |
| 2013 | National Faculty Chair, Neurosciences, National Board of Osteopathic Medical Examiners |
| 2013 | Member, Committee on "Fast-Tracking PGY-4 Residents, American Association of Directors of Psychiatry Residency Training Programs |
| 2014 | Member, Board of Trustees Ad Hoc Workgroup on Education, American Psychiatric Association |
| 2014-present | Board Member, National Board of Osteopathic Medical Examiners |
| 2015-2021 | Member Residency Review Committee on Psychiatry Accreditation Council for Graduate Medical Education |
| 2015-2021 | Executive Committee Residency Review Committee on Psychiatry |
| 2016 | Secretary-Treasurer, American Association of Chairs of Departments of Psychiatry |
| 2017 | Executive Committee, National Board of Osteopathic Medical Examiners |
| 2018-2109 | President, American Association of Chairs of Departments of Psychiatry |
| 2019 | Workforce Committee, American Association of Directors of Psychiatry Residency Education |

## EDUCATIONAL RESPONSIBILITIES

| | |
|---|---|
| 1980-1982 | Preceptor for Physician Assistant Program, University of Wisconsin, Madison, Wisconsin |

Vitae: Jed Gary Magen, D.O.                                                                                9

| 1983 | Redesigned and reduced admission forms, treatment plan forms, and other paperwork, University of Michigan, Ann Arbor, Michigan |
|------|------|
| 1984 | Organized Orientation Curriculum for incoming Child Psychiatry Fellows, University of Michigan, Ann Arbor, Michigan |
| 1985-1986 | Taught seminar for first-year psychiatry residents, University of Michigan, Ann Arbor, Michigan |
| 1985-1986 | Taught occasional seminars for medical students rotating on Psychiatry Service, University of Michigan, Ann Arbor, Michigan |
| 1985-1986 | Co-Chair, Departmental Grand Rounds, University of Michigan, Ann Arbor, Michigan |
| 1986 | Resident Selection Committee, University of Michigan, Ann Arbor, Michigan |
| 1989, 1998 | Preceptor, Problem Focused Small Group, College of Human Medicine, Michigan State University, East Lansing, Michigan |
| 1992-2004 | Coordinator, College of Osteopathic Medicine Year II Psychopathology Course |
| 1993-2014 | Leader, Current Case Conference, Ambulatory Care Curriculum, College of Osteopathic Medicine, Michigan State University, East Lansing, Michigan |

## MEMBERSHIPS

American Osteopathic Association
Michigan Osteopathic Association
Michigan Psychiatric Society
American Psychiatric Association
American College of Osteopathic Neurologists and Psychiatrists
American Association of Directors of Psychiatric Residency Training Programs
Association of American Medical Colleges
American College of Psychiatrists
American Association of Chairs of Departments of Psychiatry

## HONORS

| 1984-1985 | Chief Resident, Child and Adolescent Psychiatry Service, University of Michigan, Ann Arbor, Michigan |
|------|------|
| 1985-1986 | Departmental Chief Resident, University of Michigan, Ann Arbor, Michigan |
| 1996 | American Psychiatric Association/Abbott Laboratories Award for Excellence in Psychiatric Education |

Vitae: Jed Gary Magen, D.O.                                                                          10

| | |
|---|---|
| 1997 | Fellow, American College of Osteopathic Neurologists and Psychiatrists |
| 2009 | Elected member, American College of Psychiatrists |
| 2014 | Distinguished Fellow, American Psychiatric Association |
| 2015 | Fellow, American College of Psychiatrists |
| 2015 | Distinguished Fellow, American College of Osteopathic Neurologists and Psychiatrists |

## THESIS COMMITTEES

| | |
|---|---|
| Kathy Barnett | Effects of stimulant medication on the time perception of children with ADHD |
| Jessica Osborn | The Wonder Years Parent Training Program: Randomized Evaluation of Effectiveness |
| Julia Ogg | Effect of Teacher Training on ADHD classroom behavior and Academic Performance June 3, 2008 |
| Paul Quinlan | The Effect of Monthly vs Daily Web-Based Reporting on Severity of Mood Disorder Symptoms in College Students |
| Kayla Musielak | Effects of Caregiver Training Program on Sustained Attention in Ugandan Preschool-aged Children with HIV |
| Steve Watson | A Randomized Observational Trial of Risperidone in Children with Aggressive Behavior |
| Hanna Fish | Current Treatment of Autism Spectrum Disorders within a Medicaid-Enrolled Pediatric Sample: Prevalence and Predictors of Psychopharmacological Treatments |
| Gabriel Watson | Examining Predictors of Initial Treatment Recommendations for Youth Conduct Problems: A Retrospective Analysis of Psychiatric Outpatient Medical Records from a University-Based Clinic |
| Dylan Voris | Wraparound Psychotropics: An Exploration of Psychotropic Treatment Practices of Vulnerable Youth Within Wraparound Service Delivery |

## PUBLICATIONS

Araneta, E., Magen, J., Musci, M., Vann, C., & Singer, P. (1978). Tourettes syndrome, symptom onset at age 33. International Journal of Social Psychiatry, 25(1).

Alessi, N., & Magen, J. (1988). Comorbidity of other psychiatric disturbances in depressed, psychiatrically hospitalized children. American Journal of Psychiatry, 145(12), 1582-1584.

Vitae: Jed Gary Magen, D.O.                                                                 11

Alessi, N., & Magen, J. (1988). Panic disorder in psychiatrically hospitalized children. American Journal of Psychiatry, 145(11), 1450-1452.

Magen, J. (1990). Psychiatric aspects of chronic diseases in adolescence. Journal of the American Osteopathic Association, 90(6), 521-525.

Magen, J. (1992) Training Osteopathic Medical Students in Behavioral Medicine and Psychiatry. Journal of the American Osteopathic Association, 92(5), 648-653.

Magen, J. (1992) Clonazepam as a specific treatment for atypical psychotic states. Journal of the American College of Neuropsychiatrists.

Magen, J. (1994) Psychiatric Residencies in Osteopathic Medicine. Journal of the American College of Neuropsychiatrists, 8(1), 6-9.

Magen, J. & Banazak, D., (1995) Graduate Medical Education Financing in Psychiatry. Academic Psychiatry, 19(1), 6-11.

Magen, J., & D'Mello, D. (1995) Acute Lymphocytic Leukemia and Psychosis: Treatment with Electroconvulsive Therapy. Annals of Clinical Psychiatry, 7, (3), 133-137.

Magen, J. Depression and Anxiety in Children and Adolescents. Journal of the American Osteopathic Association, Anxiety and Depression supplement, November 1995.

Magen, J., & Banazak, D. (1998) A Survey of State Financing of Psychiatry Residency Programs. Academic Psychiatry, 22(3), 155-161.

Magen, J., & Banazak, D. (2000) The Cost of Training in Psychiatry Residency Programs. Academic Psychiatry, 24(4), 195-201.

Miller, N., Sheppard, L., Colenda, C., Magen, J., Why Physicians Are Unprepared to Treat Patients Who have Alcohol- and Drug-related Disorders. Academic Medicine, 76(5), 8-16, May, 2001.

Magen, J., Current Threats to Osteopathic Graduate Medical Education JAOA, March, 2001.

Miller, N., Sheppard, M., Magen, J. Barriers to Improving Education and Training in Addiction Medicine. Psychiatric Annals 31:11 November 2001

Carlson, J. S., Kruer, J. L., Ogg, J. A., Mathiason, J. B., & Magen, J. Methylphenidate, atomoxetine, and caffeine: A primer for school psychologists. Journal of Applied School Psychology.

Magen, J. Ley, A. Supporting voluntary psychiatry faculty members in departments of psychiatry (Invited Paper, Academic Psychiatry, Mar 2011; 35 (2); 110-113)

Magen, J. Richards, M. Funding the educational mission: challenges to departments of psychiatry (Invited Paper, Academic Psychiatry, Mar 2011; 35 (2); 106-109.)

Boivin, M.J., Gladstone, M.J., Vokhiwa, M., Birbeck, G.L., Magen, J.G., Page, C., Semrud-Clikeman, M., Kauye, F., & Taylor, T.E. (2011). Developmental outcomes in Malawian children with retinopathy-confirmed cerebral malaria. Tropical Medicine & International Health, Mar;16(3):263-271.2010

Magen, R, and Magen J. Revisiting Aunt Fanny: Evaluating professional writing. Social Work Education, 29: 7, 792-809

Magen J, Richards M, Ley A. A proposal for the next generation psychiatry residency: Responding to challenges of the future. Academic Psychiatry 37:6, 275-379 Nov-Dec 2013

Boivin, M. Vokhiwa, M. Sikorskii, A. Magen J. Beare, N. Cerebral malaria predictors of persisting neurocognitive outcomes in Malawian children. Pediatr Infect Dis J (in press)

Magen, J. Rapoport, M. Funding Departments of Psychiatry in Times of Scarcity or What's a Chairman to Do. Academic Psychiatry Academic Psychiatry, 40(6), 869-873

Boivin, M. Vokhiwa, M. Magen, J. The correspondence validity of Malawian preschool developmental assessment and school-age neurocognitive performance in the longitudinal assessment of severe malaria. The Lancet Volume 381, Page S18, 17 June 2013

Boivin MJ1, Vokhiwa M, Sikorskii A, Magen JG, Beare NA. Cerebral Malaria Retinopathy Predictors of Persisting Neurocognitive Outcomes in Malawian Children. Pediatr Infect Dis J. 2014 Apr 22.

Psychiatry Departments Under Constrained Funding Mechanisms, or What is a Chair to Do? Academic Psychiatry, August 2015

The Joy Initiative, Positive Psychology for Medical Students. Rose, M, Ley, A, Magen, J. Submitted JAOA, Feb 2016

An Examination of Fluoxetine for the Treatment of Selective Mutism Using a Nonconcurrent Multiple-Baseline Single-Case Design  Barterian, JA, Sanchez, JM, Magen, JG, Siroky, AK Mash, BL, Carlson, JS. J Psychiatr Pract. 2018 Jan;24(1):2-14. doi: 10.1097/PRA.0000000000000284

Examining predictors of initial outpatient psychiatric treatment for conduct problems in youth: A records review. Watson, GC, Carlson, JS, Magen, JG. Perspect Psychiatr Care. 2018 Apr;54(2):168-175. doi: 10.1111/ppc.12218. Epub 2017 Apr 4

Early and middle childhood developmental, cognitive, and psychiatric assessments in Malawian children affected by retinopathy positive cerebral malaria. Boivin, M, Mohanty, A, Sikorskii, A, Vokhiwa, M, Magen, Je, Gladstone, M. Child Neuropsychol. 2018 Mar 23:1-22. doi: 10.1080/09297049.2018.1451497

## ABSTRACTS

D'Mello, D., Magen, J., Gannon, T., Cost Efficiency of a Psychiatric Teaching Service. Annals of Clinical Psychiatry, 13(1), 61.

Hunter-Oehmke, S., Carlson, J. S., & Magen, J. (2002). Doing what we are taught? A survey of child psychiatrists' knowledge and training in psychotherapy. Presented at the annual convention of the National Association of School Psychologists, Chicago, IL.

Carlson, J. S., Kruer, J. L., Ogg, J. A, Mathiason, J. B. & Magen, J. (2004) Caffeine, atomoxetine and methylphenidate: A primer for psychologists. Presented at the annual meeting of the American Psychological Association, Honolulu Hawaii

Richards, M., Magen, J., Documentation of program evaluation and written program improvement: how to stay ahead of the game. American Association of Directors of Psychiatry Training, March 2010, Orlando FL

Magen, J. Kauye, F. Volkowa, M. Semrud-Clikman, M. Taylor, T. & Boivin, M. Evaluating the achbenach child behavior checklist (CBCL) as a screening tool for DSM-IV diagnoses in Malawian children. First annual Department of Psychiatry and Behavioral Science Research Conference, University of Malawi School of Medicine, Blantyre, Malawi, February 2011

Boivin, M. Volkowa, M. Gladstone, M. Magen, J. Kauye, F. Semrud-Clikman, M. Taylor, T. The correspondence validity of preschool developmental assessments and school-age neurocognitive outcomes. First annual Department of Psychiatry and Behavioral Science Research Conference, University of Malawi School of Medicine, Blantyre, Malawi, February 2011

Boivin, M. Vokhiwa, M. Page, C. Magen, J. The correspondence validity of Malawian preschool developmental assessment and school-age neurocognitive performance in the longitudinal assessment of severe malaria. Ugandan Health Scientists' 14th Annual Scientific Conference May 30-31, 2013. Makerere University, Kampala Uganda

## MONOGRAPHS

Residency Education in Community Mental Health Centers-white paper for joint meeting of American Association of Directors of Residency Training and American Association of Chairs of Departments of Psychiatry (1993)

White Paper-Mental Health Policy for the State of Michigan, June 4, 2002 Institute for Public Policy and Social Research (IPPSR) and Institute for Health Care Studies, Michigan State University

Vitae: Jed Gary Magen, D.O.                                                                                    14

## LETTERS
Magen, J.  Increasing external stimuli to ameliorate hallucinations (letter).  American Journal of Psychiatry, 1983 140, 269-270.

Magen, J.  Research training in child psychiatry (letter).  Journal of the American Academy of Child and Adolescent Psychiatry, 1989 28(5), 966.

Magen J. Negative Results with Clomipramine (letter) Journal of the American Academy of Child and Adolescent Psychiatry, 1993 32(5), 1079-1080

Magen J. Does Prenatal Ultrasound Increase the Risk of Autism (letter in reply to article) Journal of the American Osteopathic Association 2009 109:383-384

Richards M, Magen J. Documentation of Program Evaluation and Written Program Improvement Plan.  Academic Psychiatry   2010 34: 2:158

## REVIEWS
Evaluating Sleep in Infants & Children, Journal of the American Academy of Child and Adolescent Psychiatry, 36:4, 1997.

Essentials of Psychiatry   Psychcritics  2008

## JOURNAL REVIEWER
| | |
|---|---|
| 1990-1994 | Journal of the American Academy of Child and Adolescent Psychiatry |
| 1992-Present | Academic Psychiatry |
| 1992-Present | Journal of the American Osteopathic Association |
| 2009 | Primary Psychiatry |
| 2013-Present | American Journal of Preventive Medicine |
| 2014 | Journal of Muslim Mental Health |
| 2018 | Journal of the Royal Jordanian Medical Corps |
| 2019 | Journal of Graduate Medical Education |

## JOURNAL EDITORIAL BOARDS
| | |
|---|---|
| 2007-2009 | Academic Psychiatry International Advisory Board |
| 2020 | Associate Editor, Journal of Osteopathic Medicine |

## BOOK CHAPTERS
Magen, J. (1997)  Life Phases and Health.  In L. Napora (Ed.), Foundations for Osteopathic Medicine. Williams & Wilkins, Baltimore, Maryland, 191-195.

Enzer, N.B., & Magen, J.  (1997)  Phobias.  In R.A. Hoekelman (Ed.), Primary Pediatric Care, 3rd Edition.  Mosby-Year Book, Inc., 746-749.

Magen J. (2002) Life Phases and Health. In, L. Napora (Ed), Foundations for Osteopathic Medicine, 2nd Edition 2003

Magen J, Ley A, Scheinthal S. Life Phases and Health, In, <u>Foundations for Osteopathic Medicine</u> 3rd Edition July 12, 2012

Smith B, Ley A, Krive K, Magen J. Effective Medications for Treating Internalizing Disorders, In, <u>School Psychopharmacology</u> Springer 2019

## REGIONAL AND LOCAL PRESENTATIONS

Pediatric Grand Rounds, E.W. Sparrow Hospital, Lansing, Michigan, October, 1988.

Chronic disease in childhood: Children at risk for psychiatric disorders. Update on Pediatric Urology/Nephrology, Michigan State University, E. Lansing, Michigan, November, 1988.

Psychotic disorders in children, Pine Rest Christian Hospital, Grand Rapids, Michigan, October, 1989.

Prepubertal depressive disorders, Depression Through the Life-Cycle Conference, Michigan State University, December, 1989.

Taking care of yourself during residency transitions, delivered to St. Joseph Hospital staff (Pontiac), Northfield Hilton, Troy, Michigan, February, 1990.

Development in the school age child, Department of Pediatrics, College of Osteopathic Medicine, Michigan State University, March, 1990.

Psychotropic Medications, Adolescent Correctional Health Care Conference "Update for the 90's", Kellogg Center, Michigan State University, May, 1990.

Pediatric AIDS: Psychosocial Aspects, Michigan Health Care Center Conference, May, 1992.

Pediatric Psychopharmacology, Michigan Psychiatric Society Midyear Meeting, Traverse City, Michigan, July, 1992.

Aggressive Behavior, Veterans Administration Hospital, Battle Creek, Michigan, September, 1992.

Attention-Deficit Hyperactivity Disorder - Congdon Lecture Series, Flint Osteopathic Hospital, Flint, Michigan, March, 1995.

Eating Disorders in Adolescence, Michigan Academy of Family Practice, Traverse City, Michigan, July 1995.

Attention Deficit-Hyperactivity Disorder, Muskegon General Hospital, Muskegon, Michigan, May, 1996.

Medical Management of Depression and Medical Management of Other Psychological Problems for Primary Care Pediatricians, Pediatric Grand Rounds, E.W. Sparrow Hospital, Lansing, Michigan, September 1996.

Management of Aggressive & Violent Behavior, Psychiatry Grand Rounds, Borgess Hospital, Kalamazoo Center for Medical Studies, Kalamazoo, Michigan, September, 1996.

Early On, Sparrow Hospital Pediatric Grand Rounds, Lansing, Michigan, July 1998.

Working with Health Care Professionals, Upper Peninsula Early-On Conference, Northern Michigan University, Marquette Michigan, April 1999.

Early Intervention in Autistic Disorders, Upper Peninsula Early-On Conference, Northern Michigan University, Marquette, Michigan, April 1999.

Violent Behavior, Mackinac Island, Michigan, American College of Neuropsychiatry, July 1999.

Chronic Disease in Children:  Behavioral Disorders, Boyne Highlands Resort, Harbor Springs, Michigan, Michigan Academy of Family Physicians, July 1999.

Pediatric Psychopharmacology:  Lecture to Japanese Study Group at Michigan State University, January 9, 2001.

Pediatric Psychopharmacology:  Lecture, Michigan State University Pediatrics Residency, January 19, 2001.

Medications for OCD, The OCD Foundation of Michigan 3rd Great Lakes Conference, Ann Arbor, MI, May 5, 2001.

Neurobiology of Psychiatric Disorders, Michigan Association for Children With Emotional Disorders Conference, Lansing MI Nov 14, 2003

Early-On Michigan, Developmental Issues in Children with Developmental Disorders, Bay Medical Center, Bay City, MI March 31, 2004

Early-On Michigan, Developmental Issues in Children with Developmental Disorders, Sparrow Hospital Neonatal ICU Staff, June 22, Lansing MI

Early-On Michigan, Developmental Issues in Children with Developmental Disorders, Oakwood Southshore Medical Center, Trenton, MI, July 19

Psychopharmacology in Children and Adolescents, Michigan Primary Care Association Behavioral Medicine Integration Conference, East Lansing MI September 30, 2004

Teaching History in Psychiatry, Michigan Psychiatric Society/University of Michigan Resident Teaching Day, St. John's Conference Center, Plymouth Michigan, April 21, 2005

Suicidality and SSRI Use in Children and Adolescents, American Osteopathic College of Neurology and Psychiatry Summer Conference, Traverse City, MI July 22, 2007

Suicidality and SSRI Use in Children and Adolescents Rural Telehealth Grand Rounds, Office of Rural Health, Michigan State University April, 2008

Vitae: Jed Gary Magen, D.O.                                                                                    17

Pediatric Grand Rounds: Suicidality and SSRI's in Children and Adolescents, Edward Sparrow Hospital, September 18, 2008

Suicidality and SSRI's in Children and Adolescents, Michigan State Medical Society Annual Scientific Seminar, Troy, Michigan October 22, 2008

Section Chair, Problems in Behavior in Children, Michigan State Medical Society Annual Scientific Seminar, Troy, Michigan.  October 22, 2008

Depression in Children and Adolescents, Sparrow Health Systems Medical Impact Series July 23, 2009

Psychopharmacology in Children and Adolescents.  Michigan Association of Osteopathic Family Physicians.  Shanty Creek Resort, January 2011

Bipolar and Mood Disorders. Pediatric Grand Rounds, Sparrow Hospital, Lansing MI August, 2011

Delirium in Children and Adults.  Grand Rounds Sparrow Hospital Lansing MI July 2012

Naltrexone and Neuropharmacology, Meeting of the Minds, Crystal Mountain Resort, July 2012

Aggression in Children and Adolescents,  Mott Children's Health Center/Michigan State University Child and Adolescent Psychiatry Update, Flint Michigan April 24, 2013

Telepsychiatry Michigan Psychiatric Society Meeting, Detroit Michigan March 29, 2014

Aggression and Violence, Michigan Association of Osteopathic Family Physicians, Grand Traverse Resort, Traverse City Michigan July 31, 2014

Cerebral Malaria Research, American Osteopathic College of Neurologists and Psychiatrists Meeting, Grand Traverse Resort, Traverse City Michigan Aug 1, 2014

ADHD, Michigan Association of Osteopathic Family Practitioners Okemos Michigan April 18, 2015

Bipolar Disorder in Adults, Congdon Lecture Series, Grand Blanc MI July 2018

Bipolar Disorder   MSU Alumni Weekend East Lansing MI  September 2018

**NATIONAL/INTERNATIONAL PRESENTATIONS**
Psychopharmacology in Child Psychiatry.  American Osteopathic Association, November, 1988.

Medical Education Financing Made Less Complex, American Association of Directors of Psychiatric Residency Training meeting, San Diego, California, January, 1993.

Vitae: Jed Gary Magen, D.O.                                                          18

Research for General Psychiatry Residents, poster presentation, American Association of Directors of Psychiatric Residency Training meeting, San Diego, California, January, 1993.

Graduate Medical Education Financing, American Association of Directors of Psychiatric Residency Training meeting, New Orleans, Louisiana, January, 1994.

Side Effects of Antidepressant Treatment, American College of Neuropsychiatrists meeting, Orlando, Florida, October, 1995.

The Future of Graduate Medical Financing?, American Association of Directors of Psychiatric Residency Training meeting, San Francisco, California, January 1996.

The Future of Graduate Medical Financing?, American Association of Directors of Psychiatric Residency Training meeting, Charleston, South Carolina, January 1997.

A Survey of State Financing of Psychiatry Residency Programs, Poster Presentation, American Psychiatric Association Annual Meeting, San Diego, California, May 1997.

Graduate Medical Education Financing, American Association of Directors of Psychiatric Residency Training, Orlando, Florida, January 1998.

Neurobiology of Depression, American Osteopathic Association Annual Meeting, New Orleans, Louisiana, October 1998.

Graduate Medical Education Financing, American Association of Directors of Psychiatric Residency Training, Orlando, Florida, March 1999.

Graduate Medical Education Financing, American Association of Directors of Psychiatric Residency Training, San Juan, Puerto Rico, March 2000.

Graduate Medical Education Financing, American Association of Directors of Psychiatric Residency Training, Seattle, Washington, March 2001.

Graduate Medical Education Financing, American Association of Directors of Psychiatric Residency Training, Los Angeles, California, March 2002.

Graduate Medical Education Financing, American Association of Directors of Psychiatric Residency Training, San Juan, Puerto Rico, March 2003.

Practical Psychopharmacology for Children and Adolescents, Cape Cod CME Workshop Cape Cod, Massachusetts, September 2003

Warning Signs for Psychiatric Disorder, Seminar in the Sun, College of Osteopathic Medicine, Ixtapa Mexico, March 2004

Graduate Medical Education Financing, American Association of Directors of Psychiatric Residency Training, New Orleans, Louisiana, March 2004.

Bipolar Disorder for Family Physicians, American Osteopathic Association, San Francisco, California, November 2004

Graduate Medical Education Financing, American Association of Directors of Psychiatric Residency Training, San Juan, Puerto Rico, March 2005.

Neurobiology of Aggression, American College of Osteopathic Neurologists and Psychiatrists, San Antonio, Texas, March 2006

Graduate Medical Education Financing, American Association of Directors of Psychiatric Residency Training, San Diego, California, March 2006

Graduate Medical Education Financing, American Association of Chairs of Departments of Psychiatry, Seattle, Washington October, 2006

Bipolar Disorder and Depression in Children, Sanford University School of Medicine and the South Dakota Psychiatric Association, Lead, South Dakota, February, 2007

ADHD Through the Life Span, American Osteopathic Association Meeting, Las Vegas, Nevada, October 2008

Graduate Medical Education Financing, American Association of Chairs of Departments of Psychiatry, Tucson, Arizona, 2008

Bipolar Depression. American College of Osteopathic Family Practitioners, New Orleans LA, October, 2009

Boivin, M. Magen J. The neurocognitive effects of retinopathy confirmed cerebral malaria in Malawian children. First annual Department of Psychiatry and Behavioral Science Research Conference, University of Malawi School of Medicine, Blantyre, Malawi, February 2011

Telepsychiatry at Michigan State University American Osteopathic Association Annual meeting, October 2011

Neurobiology and Naltrexone, American Osteopathic Association Annual meeting, October 2011

Telepsychiatry and Long Term Care, Primary Care Behavioral Health Conference, Michigan Primary Care Association November 16, 2011

School Problems and Depression in Children and Adolescents. Congdon Lecture Series, Genesys Regional Medical Center January 11, 2012

Telepsychiatry at Michigan State University Depression Series Colloquium, Department of Psychiatry, University of Michigan Medical Center January 27, 2012

Graduate Medical Education Financing, American Association of Directors of Psychiatric Residency Training, San Diego, California, March 2012

Graduate Medical Education Plenary Session, American Association of Directors of Psychiatric Residency Training, San Diego, California, March 2012

Telepsychiatry and Trauma Therapy, Transgenerational Trauma, Common Bond Institute, Amman Jordan, September 2012

Graduate Medical Education Financing, The Future, Plenary Session, American Association of Directors of Psychiatric Residency Training, Ft. Lauderdale, Florida March 2013

Telepsychiatry Services, First All-Mexico Telemedicine Conference, Merida Mexico May, 2013

Faculty, First International Professional Training Conference on Child Social and Emotional Wellbeing, Jordan River Foundation/Unicef/United Nations Population Fund, Amman Jordon, November 2013

Neuropsychiatric Outcomes of Cerebral Malaria World Psychiatric Association African Regional Meeting, Kampala Uganda, February 2014

Graduate Medical Education Financing, Graduate Medical Education Financing, American Association of Directors of Psychiatric Residency Training, Tucson Arizona, March 2014

Residency Recruiting: "Tips and Tricks" Graduate Medical Education Financing, American Association of Directors of Psychiatric Residency Training, Tucson Arizona, March 2014

Aggression and Violence:  American Psychiatric Association Psychsign meeting, New York, New York May 2014

DSM-5 and Neurobiology of Addictions:  American Osteopathic Association meeting, Seattle, Washington, Oct, 2014

ACGME Accreditation Standards for Psychiatry Residencies:  American Osteopathic College of Neuropsychiatry Seattle Washington, Oct 2014

Muslim Mental Health Conference, Training Imams in Mental Health First Aid: Common Bond Conference on Intergenerational Trauma, Istanbul, Turkey, Oct 2014

Graduate Medical Education Funding, American Association of Chairs of Departments of Psychiatry, Orlando, Florida, 2015

The "Joy" Initiative: Preventing Burnout in Medical Students.  Association for Academic Psychiatry
San Antonio, September, 2015

Muslim Mental Health Conferences: Working with Communities to Address Mental Health

October 2015, Davos Switzerland

ACGME Accreditation for Osteopathic Residencies. Annual Osteopathic Medical Education Conference Orlando, Florida, October 2015

American Osteopathic College of Neurology and Psychiatry Honored Fellow Lecture Annual Osteopathic Medical Education Conference Orlando, Florida, October 2015

Telepsychiatry.  All-Mexico Telemedicine Conference, Merida, Yucatan Mexico February, 2016

Graduate Medical Education Funding, American Association of Directors of Psychiatry Residency Training Programs. Austin Texas, March, 2016

The Joy Initiative: Wellness for Medical Students, OMED, Anaheim California, September 2016

The Joy Initiative: Wellness for Medical Students, International Conference on Physician Health, Boston Massachusetts, September, 2016

Overlap Between Closed Head Injury and PTSD, 8th International Conference of the Royal Medical Services, Amman Jordan, November 2016

Substance Use Disorders, 8th International Conference of the Royal Medical Services, Amman Jordan, November 2016

Graduate Medical Education Financing American Association of Directors of Psychiatry Residency Training Programs, San Francisco California, March, 2017

Graduate Medical Education Financing American Association of Directors of Psychiatry Residency Training Programs, New Orleans, La March 2018

Adolescents and the Web, University Putra Malaysia Muslim Mental Health Conference, Kuala Lumpur July 2018

Unwanted Children and Attachment, University Putra Malaysia Muslim Mental Health Conference, Kuala Lumpur July 2018

Why Risperidone Beats Olanzapine, Olanzapine beats Quetiapine and Quetiapine Beasts Risperidone: Why Psychiatric Research is Difficult.  9th International Conference of the Royal Medical Services, Amman Jordan, November 2018

Psychological Management of Opioid Dependance Statewide Campus System Conference March 2021

"Show Me the Money: Developing New Psychiatry Residency Programs. American Association of Directors of Psychiatry Residency Training Programs, March 2021

## FUNDED RESEARCH

Magnetic Resonance Imaging in Children with Psychotic Symptoms. BRSG, College of Osteopathic Medicine, 1989, $9,000

Consultant, Music Therapy in Adolescents with Psychiatric Disorders, Children Youth and Families Program, Michigan State University, 1999, $15,000

Administrator, Michigan Department of Community Health Residency Training Grant, $535,000

Physician Awareness Training for Early-On Michigan, Start of Michigan, $20,000 2002-2003

Physician Awareness Training for Early-On Michigan, State of Michigan, $20,000 2003-2004

NIMH R34 Cognitive and Psychosocial benefit of Caregiver Training in Ugandan HIV Children Co-I

07-IRGP Michigan State University Vice President for Research Office
Cognitive and Psychosocial Effects of True Cerebral Malaria in Malawian Children
Co-I

Discretionary Funding Award, Cognitive and Psychosocial Effects of Cerebral Malaria in Malawian Children, Michigan State University $50,000 Co-I

## OTHER GRANT AWARDS
OCD in Children and Adolescents, AACAP/Solvay Educational Grant for Programs on Obsessive Compulsive Disorder, 1996, $3,000

APA/Abbott Award for Excellence in Residency Education, 1996, Grant and Masters Symposium to Michigan State University Psychiatry Residency Education Program $25,000

Revised 0/2021



**Policy Title:** Test Accommodations

**Executive Responsibility:** Vice President, Administration/COO

**Policy No.:** 2618
**Original Date:** 6/27/2015
**Effective Date:** 12/12/2020
**Next Review Date:** 12/11/2021
**Policy Scope:** ORG
**Policy Approval:** GOV

**Policy Owner(s):**
1. General Counsel
2. Manager, Testing Accommodations
3. Select Policy Owner

**Policy**

The Test Accommodations Committee of NBOME (TAC), in conjunction with NBOME staff, is charged with the responsibility to review and act upon requests of COMLEX-USA examinees (candidates) for special accommodations pursuant to Title III of the Americans with Disabilities Act of 1990, as amended (ADA). TAC also has the responsibility to establish, review and periodically update as needed procedures and forms for processing candidate applications for test accommodations under the ADA. TAC members and the Chair are appointed by the President.

ADA requires the NBOME to offer its examinations "in a place and manner accessible to persons with disabilities or offer alternative accessible for such individuals." 42 U.S.C. §12189.

Under the ADA "persons with disabilities" are individuals with a physical or mental impairment that substantially limits one or more of the major life activities of such individual. The term "major life activity" is broadly construed. Whether or not an individual's impairment "substantially limits" his or her major life activity is "as compared to most people in the general population," not as compared to his or her medical school peers or the candidate's own intellectual potential. ADA accommodations are intended only for the examination to be made available to a person with disabilities, in a place and manner that is *accessible* to a disabled candidate, and thereby to ensure that the result of the examination will accurately reflect the candidate's knowledge and competency to practice osteopathic medicine, as is intended by the examination.

A candidate who is a "person with disabilities" as defined by the ADA, *and* whose impairment "substantially limits" his or her *access* to a COMLEX-USA examination, as compared to most people in the general population, may request from the NBOME a "reasonable accommodation" for that examination. TAC will review and act upon each candidate's request for accommodation in accordance with the procedures established by TAC.

COMLEX-USA examinations include assessment of the candidate's "knowledge fluency," i.e., his or her ability to recall, interpret, process, and apply clinical knowledge and skills without hesitation and in a fluid manner, a competency which is fundamental to a generalist osteopathic physician's competence to practice osteopathic medicine. Therefore, any extended testing time accommodation for the COMLEX-USA Level 1, Level 2-CE and Level 3 computer-based examinations must be *only* that additional time, if any, that is necessary for the examination to be offered by NBOME in a place and manner accessible to the candidate. Any extended testing time that is not needed for the examination to be accessible to the candidate would fundamentally alter NBOME's assessment of the candidate's "knowledge fluency," a competency that is fundamental to the generalist's practice of osteopathic medicine, and the results of the examination would *not* accurately reflect a competency that the COMLEX-USA examination is intended to assess.

1 | P a g e

NBOME000007

The patient encounter portion of the COMLEX-USA Level 2-PE examination also assesses the candidate's competency to personally perform clinical skills "as appropriate in a timely, efficient, safe, and effective manner." TAC may, in an appropriate case, approve an accommodation for a candidate who is a "person with disabilities" under the ADA. However, TAC cannot approve additional time to complete the 14-minute patient encounters portion of COMLEX-USA Level 2-PE examination, as any additional time for patient encounters would fundamentally alter what is being assessed as stated above.

TAC should give considerable weight to prior accommodations approved by testing organizations which administer *similar* standardized tests (e.g., MCAT), however being mindful that another standardized tests may not measure "knowledge fluency," or the timeliness of the candidate's clinical skills in patient encounters, which are assessed by the COMLEX-USA series of examinations, and therefore an accommodation approved for some other examination may not be appropriate for COMLEX-USA.

When a candidate's disability is properly supported by a qualified professional in the field of the candidate's reported impairment or disability, who correctly evaluated the candidate's impairment(s) and substantial limitations in real-world settings, TAC should give considerable weight to that professional's evaluation. However, the issue of what accommodation, if any, should or could be provided for the candidate, or the impact of an accommodation upon the measurement of the skills being assessed by the COMLEX-USA examination, is not necessarily within the qualifications or expertise of the candidate's evaluator or advisor.

TAC is not required, but may also solicit the opinion of one or more independent outside consultants qualified in the field of the candidate's reported impairment or disability, to review and report to TAC on the adequacy of the candidate's documentation to support his or her claim of disability under ADA, and need, if any, for an accommodation in order for the NBOME to offer the COMLEX-USA examination to the candidate in a place and manner accessible to the candidate as required by the ADA. TAC will give appropriate weight to the opinion(s) or recommendations by any independent outside consultant engaged by TAC.

**Responsibility**

The Test Accommodations Committee, with facilitation by the Vice President, Administration/COO, General Counsel, and Manager, Testing Accommodations, will be responsible for implementing and recommending to the Board updates to the policy.

**Related Forms/Policies/Checklists/Procedures**

**References**

Americans with Disabilities Act of 1990
ADA Amendments Act of 2008

**Keywords**

Application, accommodation, review

**Review Cycle**

Annual

**Revision History**

10/20/2020; 12/14/19; 11/13/2018; 12/09/17; 12/09/2016; 06/27/2015

**Approved Date**

12/12/2020; 12/14/19; 12/07/2018; 12/09/17; 12/09/2016; 06/27/2015

2 |

NBOME000008