UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| SHARMAINE LEWIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:21-cv-00181-RLY-MJD |
| | ) | |
| NATIONAL BOARD OF OSTEOPATHIC MEDICAL EXAMINERS, INC., | ) ) | |
| | ) | |
| Defendant. | ) | |

**MINUTE ENTRY FOR MAY 10, 2021**
**TELEPHONIC STATUS CONFERENCE**
**HON. MARK J. DINSMORE, MAGISTRATE JUDGE**

The parties appeared by telephone for a Status Conference. The parties discussed the status of and future plans for discovery. Following a discussion with the parties regarding Plaintiff's issues with Defendant's responses to Plaintiff's interrogatories and request for production, Plaintiff was authorized to file a motion to compel if the parties are unable to resolve their dispute in light of the discussion.

This matter is scheduled for a telephonic status conference on **Thursday, June 10, 2021 at 4:45 p.m. (Eastern)** to discuss case status. Counsel shall attend the status conference by calling the designated telephone number, to be provided by the Court via email generated by the Court's ECF system.

Dated: 10 MAY 2021

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the Court's ECF system.