UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SHARMAINE LEWIS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:21-cv-00181-RLY-MJD ) |
| NATIONAL BOARD OF OSTEOPATHIC MEDICAL EXAMINERS, INC., | ) ) ) |
| Defendant. | ) ) |

**AMENDED SCHEDULING ORDER**
**SETTLEMENT CONFERENCE**
**HON. MARK J. DINSMORE, MAGISTRATE JUDGE**

This matter is currently set for an in-person Settlement Conference on **Thursday, July 1, 2021 at 1:00 p.m.** (**Eastern**). The Court, *sua sponte*, hereby **CONVERTS** the settlement conference from in person to **telephonic**; all other requirements of the Court's Order scheduling the settlement conference [Dkt. 31] remain in effect, and all persons required to appear thereby shall appear by telephone for the settlement conference via call-in information to be separately provided.

SO ORDERED.

Dated: 1 JUN 2021

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the Court's ECF system.