UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SHARMAINE LEWIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 1:21-cv-00181-RLY-MJD |
| | ) |
| NATIONAL BOARD OF OSTEOPATHIC MEDICAL EXAMINERS, INC., | ) |
| | ) |
| Defendant. | ) |

**MINUTE ENTRY FOR JUNE 14, 2021**
**TELEPHONIC STATUS CONFERENCE**
**HON. MARK J. DINSMORE, MAGISTRATE JUDGE**

The parties appeared by telephone for a Status Conference. The parties discussed the status of and future plans for discovery. Plaintiff was authorized to compel the production of the portion of a PowerPoint presentation designated privileged by Defendant if the parties are unable to resolve their dispute with the guidance provided by the Court.

Counsel for the parties are ordered to re-read and comply with all remaining requirements set forth in the Court's order scheduling the settlement conference in this matter [Dkt. 31 at 1-4].

Dated: 14 JUN 2021

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the Court's ECF system.