UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| SHARMAINE LEWIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Cause No. 1:21-cv-00181 |
| | ) | |
| NATIONAL BOARD OF | ) | |
| OSTEOPATHIC MEDICAL | ) | |
| EXAMINERS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### DEFENDANT'S FINAL WITNESS & EXHIBIT LIST

Defendant National Board of Osteopathic Medical Examiners, Inc. ("NBOME") by counsel, submit their final witness and exhibit lists pursuant to the Court's Case Management Plan (ECF 32) as modified by the Court's Order Granting Joint Motion for Extension of Time (ECF 63):

### WITNESS LIST

Defendants intend to call the following persons:

1. Dr. Jed Magen

    Dr. Magen is the Chair of the NBOME Testing Accommodations Committee ("TAC"). He may testify concerning any facts, allegations, defenses, and contentions in this case. He is expected to testify as to his personal knowledge of the TAC meetings related to Ms. Lewis's requests for testing accommodations. Dr. Magen may also testify as to his own opinion(s) in support of the TAC's determinations of Ms. Lewis's request for testing accommodations and her disability status. Dr. Magen may testify concerning any subject addressed in his deposition.

2. Dr. Joseph Bernier

    Dr. Bernier is the TAC's outside consultant and is also providing an expert opinion for this litigation. He is expected to testify concerning his expert opinion as to Ms. Lewis's requests for testing accommodations, Ms. Lewis's disability status, his recommendations and reports to TAC, his expert reports and the basis for his reports,

the reports of any of Plaintiff's disclosed experts, or any prior evaluation of Plaintiff. Dr. Bernier may testify concerning any subject addressed in his deposition.

3. Dr. Todd Mendelsohn

Dr. Mendelsohn is NBOME's Manager of Test Accommodations. He may testify concerning any facts, allegations, defenses, and contentions in this case. He is expected to testify as to the general process and procedures surrounding requests for testing accommodations for NBOME administered tests. He may testify as to NBOME's historical data regarding testing accommodations requests. Dr. Mendelsohn may testify concerning any subject addressed in his deposition.

4. Joseph Flamini

Mr. Flamini is the Vice President for Administration & Chief Operating Officer for NBOME. He may testify concerning any facts, allegations, defenses, and contentions in this case. He is expected to testify as to any topic in Plaintiff's Notice of 30(b)(6) deposition to NBOME. He is also expected to testify as to the purpose and constructs of the COMLEX test, and the overall purpose of NBOME, and NBOME's regular business practices. Mr. Flamini may testify concerning any subject addressed in his deposition.

5. Any witness called by Plaintiff.

6. Any individual necessary to address, present, or authenticate mock-ups, charts, photographs, graphs, diagrams, drawings, schematics, or other forms of demonstrative exhibits or any documents or tangible things which may be relevant to this matter.

7. Additional individuals who may be called solely for rebuttal or impeachment.

<u>EXHIBIT LIST</u>

Defendants intend to offer as evidence at trial the following documents as well as documents necessary for impeachment, rebuttal, and/or demonstrative purposes:

<u>DECISION LETTERS</u>

1. May 15, 2017, COMLEX L1 Decision Letter for S. Lewis (NBOME000693-NBOME000694)

2. March 27, 2019, COMLEX L2 Decision Letter - Lewis (NBOME000691-NBOME000692)

<u>DR. BERNIER'S REPORTS AND AGREEMENT</u>

3. Bernier-NBOME Agreement (NBOME000012-NBOME000019)

4. March 31, 2017 Test Accommodation Review by J. Bernier for S. Lewis – (JB0001-JB0007)

5. February 19, 2019 Test Accommodations Review by J. Bernier for S. Lewis – (JB0039-JB0044)

6. June 6, 2021 Report by J. Bernier

<u>DOCUMENTS IN S. LEWIS'S FILE</u>

7. January 20, 2017, COMLEX Level 1 Application (NBOME000429-NBOME000449)

8. March 16, 2017, COMLEX L1 ADA Application Additional Information (NBOME000450-NBOME000471)

9. February 4, 2019, COMLEX L2-CE Accommodations Application (NBOME000630-NBOME000678)

10. COMLEX Test Preparation Documentation and Correspondence – (PL000132-PL000152)

3

11. May 9, 2019 Letter from Robert M. Pepper, DO to S. Lewis – (PL000191-PL000192)

12. October 7, 2019 FAX from The Bach Law Firm to D. Murray (NBOME000845-NBOME000876)

13. October 16, 2019, Letter from D. Murray to J. Bach (NBOME000696-NBOME000698)

14. November 6, 2019, Letter from J. Bach to D. Murray (NBOME000949-NBOME000953)

15. November 14, 2019, Letter from D. Murray to J. Bach (NBOME000701)

16. February 24, 2020, Letter from C. Weiner to D. Murray (NBOME000719-NBOME000726)

17. March 4, 2020, Letter from D. Murray to C. Weiner (NBOME000727-NBOME000728)

18. June 4, 2020 Letter from Craig S. Boisvert, DO to C. Weiner – (PL000187)

19. Lewis WVSOM Correspondence with C. Weiner (NBOME000894-NBOME000895)

20. West Virginia School of Medicine Policy E-23 (NBOME000896-NBOME00912)

21. West Virginia School of Medicine Policy E-24 (NBOME000913-NBOME00914)

22. Email Thread Between J. Shawver Esq., General Counsel WVSOM and C. Weiner – (PL000168-PL000179)

23. June 14, 2010 Neuropsychological & Psychoeducational Evaluation Edited Report – (JB0092-JB0106)

24. August 10, 2011 Email Correspondence Between Corazon S. Lapuz and Special Conditions Staff – (JB0090-JB0091)

25. June 2015 Psychological Evaluation – (JB0107-JB0122)

26. July 2015 Email Exchange between Nicolae Dumitrascu and S. Lewis – (PL000153-PL000156)

27. January 2017 Email Exchange between Nicolae Dumitrascu and S. Lewis – (PL000159-PL000160)

28. Jamaica High School Transcript and Correspondence (NBOME001168-NBOME001170)

29. November 30, 2011 SAT Score Correspondence and Report (NBOME001171-NBOME001172)

30. SAT and College Board Score Report (NBOME000243)

31. ACT Score Report for S. Lewis (NBOME001089)

32. SAT, ACT, and High School Transcripts for S. Lewis – (JB0085-JB0089)

33. S. Lewis Tufts Transcript (NBOME001198-NBOME001202)

34. July 5, 2013 MCAT/AAMC Test Accommodation Letter – (JB0083)

35. MCAT Scores S. Lewis (NBOME001073-NBOME001075)

36. MCAT Score Report of S. Lewis – (JB0084)

37. COMLEX USA Score Reports - S. Lewis (NBOME000734-NBOME000742)

38. Sharmaine NBOME Lewis Exam History (NBOME000729-NBOME000733)

39. Summary of S. Lewis Academic History at WVSOM – (PL000193-PL000200)

40. COMLEX Level 1 and Level 2 Exam Analysis (NBOME001072)

41. November 26, 2019 Letter from Janice Gilkes, MA (PL000214)

42. August 27, 2013 Email Correspondence to L. Bradshaw (PL000215)

43. June 24, 2013 Email Correspondence to L. Bradshaw (PL000219)

44. May 15, 2013 Email Correspondence to L. Bradshaw (PL000220)

45. Unofficial Graduate Transcript (PL000224-PL000226)

46. March 9, 2017 Letter from Lucinda DiDomenico, M.D. (JB0124)

47. February 24, 2017 Letter from Julianna Quick (JB0125)

48. February 17, 2017 AAMC Accommodation Verification Letter (JB0126)

## RESEARCH ADVISORY FORUM DOCUMENTS

49. RAF Invitation (NBOME001090)

50. Call for Research - Research Advisory Forum (NBOME001091)

51. October 24, 2013 RAF Planning Notes (NBOME001092)

52. Knowledge Fluency Research (NBOME000954-NBOME001071)

53. National Faculty Survey Knowledge Fluency Time Limitations (NBOME000379-NBOME000401)

54. Research Advisory Time Powerpoint 2013 (NBOME000357-NBOME000378)

55. RAF Minutes (NBOME001173-NBOME001179)

56. RAF Debate A and C Instructions (NBOME001093)

57. RAF Debate B and D (NBOME001094)

58. Behavioral Fluency: Evolution of a New Paradigm, C. Binder (NBOME000286-NBOME000320)

59. Bucklin - Performance Improvement Quarterly (NBOME000262-NBOME000285)

60. Applied Psychological Measurement; Setting Time Limits on Tests - van der Linden (NBOME000244-NBOME000261)

61. Test Design and Speededness van der Linden (NBOME000321-NBOME000338)

## NBOME INSTRUCTIONS/SAMPLE TESTS

62. NBOME Test Accommodation Instructions (NBOME000001-NBOME000008)

63. NBOME COMLEX-USA Bulletin of Information 2016-2017 (NBOME000402-NBOME000428)

64. NBOME COMLEX-USA Bulletin of Information 2018-2019 (NBOME000588-NBOME000629)

65. COMLEX-USA Master Blueprint 2018-2019 (NBOME000517-NBOME000587)

66. COMLEX Level 1 Practice Exam 2019 (NBOME001122-NBOME001148)

67. COMLEX Level 2 Practice Exam 2021 (NBOME001096-NBOME001121)

## TAC MEETING RELATED

68. May 3, 2017, TAC Meeting Minutes (NBOME000020-NBOME000021)

69. March 13, 2019, TAC Meeting Minutes (NBOME000040-NBOME000042)

## TRAINING MATERIALS

70. Test Accommodations Informational Webinar for Deans and Support Staff (NBOME001203-NBOME001242)

71. Learning Disability Identification: Reading - TAC Presentation (NBOME000083-NBOME000097)

72. TAC New Member Orientation 2021 Powerpoint Presentation (NBOME000098-NBOME000134)

## ACCOMODATION HISTORICAL SPREADSHEETS

73. 2017 ADA Applications (ADHD & LD) (NBOME000241)

74. 2018 ADA Applicant Log (NBOME000240)

75. 2019 Applicant Log (ADHD & LD) (NBOME000239)

76. 2020 Applicant Log (ADHD & LD) (NBOME000238)

## AAMC THIRD-PARTY PRODUCTION

77. AAMC Release Authorization (NBOME001095)

78. June 24, 2011 AAMC MCAT Correspondence to S. Lewis (NBOME001081-NBOME001082)

79. June 24, 2011 AAMC MCAT Lewis Incomplete Application for Accommodations (NBOME001076-NBOME001078)

80. June 25, 2011 AAMC MCAT Accommodations Correspondence (NBOME001080)

81. July 29, 2011 AAMC MCAT Correspondence to S. Lewis (NBOME001083)

82. June 25, 2012 AAMC MCAT Partial Approval for Test Accommodations (NBOME001087-NBOME001088)

83. January 4, 2012 AAMC MCAT Correspondence to S. Lewis (NBOME001084-NBOME001086)

84. May 19, 2012 AAMC MCAT Accommodations Correspondence (NBOME001079)

85. AAMC MCAT – Boston University Accommodations Supporting Documentation (NBOME001149-NBOME001167)

86. AAMC MCAT Accommodations Supporting Documentation (NBOME001180-NBOME001197)

87. Any document identified on Plaintiff's Final Exhibit List.

88. Any document used at a deposition in this cause.

Kroger, Gardis & Regas, LLP


/s/ Jason T. Mizzell
Kevin D. Koons, Ind. Atty. 27915-49
Jason T. Mizzell, Ind. Atty. 30038-53
Taylor L. Hunter, Ind. Atty. 32638-16
KROGER GARDIS & REGAS, LLP
111 Monument Circle, Suite 900
Indianapolis, Indiana 46204
(317) 692-9000
kdk@kgrlaw.com
jtm@kgrlaw.com
tlh@kgrlaw.com
Attorneys for Defendant, NBOME

## CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's Electronic Case Filing System. Party/parties may access this filing through the Court's system.

Charles Weiner, Esquire
LAW OFFICE OF CHARLES WEINER
Cambria Corporate Center
501 Cambria Avenue
Bensalem, PA 19020
charles@charlesweinerlaw.com

Mary C. Vargas, Esquire
STEIN & VARGAS LLP
10 G Street NE, Suite 600
Washington, D.C. 20002
Mary.Vargas@steinvargas.com

Matthew W. Lorch
LORCH LAW OFFICE, LLC
211 E. Market Street
New Albany, IN 47150
Matthew@lorchlaw.com

/s/ Jason T. Mizzell