UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SHARMAINE LEWIS, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Cause No. 21-cv-00181 |
| | ) |
| NATIONAL BOARD OF OSTEOPATHIC, | ) |
| MEDICAL EXAMINERS, INC., | ) |
| | ) |
| Defendant. | ) |

**ORDER**

This is matter is before the Court on the parties' Joint Motion for Extension. The Court, being duly advised, hereby GRANTS the motion. Paragraph IV(C) of the approved Case Management Plan [Dkt. 32] is amended as follows:

C. All discovery shall be completed by **June 30, 2021**; provided, however, that the parties shall be allowed until and including **July 15, 2021**, to complete the depositions of Dr. Tova Elberg, Mr. Joseph Flamini, and Dr. Nicolae Dumitrascu.

All other requirements of the approved Case Management Plan [Dkt. 32] remain in effect.

SO ORDERED this date: _____

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

All Counsel of record, via the Court's ECF system.