UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SHARMAINE LEWIS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:21-cv-00181-RLY-MJD |
| NATIONAL BOARD OF OSTEOPATHIC MEDICAL EXAMINERS, INC., | ) ) ) ) |
| Defendant. | ) ) |

**ORDER**

This is matter is before the Court on the parties' Joint Motion to Amend Case Management Plan to Complete Remaining Depositions. [Dkt. 72.] The Court, being duly advised, hereby **GRANTS IN PART** and **DENIES IN PART** the motion. The parties' request to enlarge the deadline to complete liability discovery is **DENIED**. However, the parties are granted leave to complete the depositions of (1) Plaintiff's expert witness, Dr. Elberg; (2) Defendant's 30(B)(6) representative, Joe Flamini; and (3) Dr. Dumitrascu after the close of discovery, so long as those three depositions are completed on or before **July 15, 2021**.

SO ORDERED.

Dated: 25 JUN 2021

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.