UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SHARMAINE LEWIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:21-cv-00181-RLY-MJD |
| | ) |
| NATIONAL BOARD OF OSTEOPATHIC MEDICAL EXAMINERS, INC., | ) |
| | ) |
| Defendant. | ) |

**MINUTE ENTRY FOR JULY 1, 2021**
**TELEPHONIC SETTLEMENT CONFERENCE**
**HON. MARK J. DINSMORE, MAGISTRATE JUDGE**

The parties appeared in person and by counsel for a settlement conference. Settlement was not achieved. The conference concluded without further order.

Dated: 1 JUL 2021

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the Court's ECF system.