UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SHARMAINE LEWIS, | ) |
| Plaintiff, | ) |
| v. | ) Cause No. 21-cv-00181 |
| NATIONAL BOARD OF OSTEOPATHIC, MEDICAL EXAMINERS | ) |
| Defendant. | ) |

**STIPULATION OF DISMISSAL**

Pursuant to FRCP 41(a)(1)(A)(ii), Plaintiff Sharmaine Lewis and Defendant National Board of Osteopathic Medical Examiners hereby dismiss this action with prejudice, with each party to bear its own costs and expenses, including attorney fees, unless otherwise agreed upon by the parties.

This 21 day of July 2021.

*Attorneys for Plaintiff*

__/s/ Charles Weiner__
Charles Weiner, Esquire
LAW OFFICE OF CHARLES WEINER
99 Lantern Drive
Suite 202
Doylestown, PA 18901
Tel:  (267) 685-6311
Fax:  (215) 340-7685
charles@charlesweinerlaw.com

*Attorneys for Defendant*

__/s/ Kevin Koons__
Kevin Koons, Esquire
Jason Mizzell, Esquire
Kroger, Gardis & Regas, LLP
111 Monument Circle
Suite 900
Indianapolis, IN 46204
Tel: (317) 777-7454
Fax: (317) 264-6832
SSteele@kgrlaw.com

  /s/ Mary C. Vargas
Mary C. Vargas, Esquire
Michael S. Stein, Esquire
STEIN & VARGAS LLP
10 G Street NE, Suite 600
Washington, D.C. 20002
Tel: (240) 793-3185
Fax: (888) 778-4620
Mary.Vargas@steinvargas.com

  /s/ Matthew W. Lorch
Matthew W. Lorch, Esquire
Lorch Law Office, LLC
211 East Market Street
New Albany, IN 47150
Tel: (812) 949-2111
Fax: (502) 805-0482
Matthew@LorchLaw.com

The foregoing has been filed via CM/ECF with copies sent via CM/ECF to all counsel of record, including:

Jason Mizzell
Kevin Koons
Taylor Hunter
Kroger, Gardis & Regas, LLP
111 Monument Circle, Suite 900
Indianapolis, IN 46204

                /s/ Charles Weiner